# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : | MDL No.  2342 |
| | : | |
| | : | 2:12-md-02342-CMR |
| | : | |
| | : | |
| | : | HON. CYNTHIA M. RUFE |
| | : | |

**Expert Report**
**Michael Levin, Ph.D**
**June 15, 2015**

**Michael Levin, Ph.D**
**Center for Regenerative**
**and Developmental Biology,**
**Tufts University**
**Room 4604, 200 Boston Ave.,**
**Boston, MA 02155-4243**
**Tel. (617) 627-6161**
**Fax: (617) 627-6121**
**email: *michael.levin@tufts.edu***

I was asked during my Daubert testimony if there were any data that I was aware of that would demonstrate and support my opinions in *mammalian or human models.* This short report answers these questions.

## I.    Qualifications

By way of review and to provide an update to my professional experiences, I am a Professor in the Department of Biology at Tufts University, holding the endowed Vannevar Bush Chair, and serving as director of the Tufts Center for Regenerative and Developmental Biology. I also have an adjunct appointment at Harvard's Wyss Institute. I have worked in this field for decades and have devoted my career to the study of mechanisms that pattern the embryonic body. I received a Ph.D. from Harvard School of Medicine, specifically for my identification of the genetic mechanisms that dictate the positioning of the heart and visceral organs (an issue of key relevance to the effects of Zoloft and similar drugs). My work [1], was the first research that explained the molecular mechanisms driving consistent left-right asymmetry in the placement of the heart and other organs, and the journal *Nature* listed this discovery as "one of the milestones in developmental biology of the last century".

Throughout my post-doctoral training and my independent career at Forsyth Institute (affiliate of Harvard School of Dental Medicine), my laboratory has worked on identifying novel mechanisms of embryonic patterning, with a specific focus on the role of serotonin and voltage gradients in this process; I was the first scientist to study the role of serotonin and ion channel activity in embryonic laterality. I founded the Forsyth Center for Regenerative and Developmental Biology, and became Full Professor in 2007. I have received a number of awards for our work on molecular mechanisms of development and birth defects, including the Scientist of Vision award, and the Distinguished Scholar award, as well as the Established Investigator Award from the American Heart Association for my work on the role of serotonin in cardiac laterality. I also have extensive specific expertise in the developmental roles of ion channel activity; for example, my recent paper in the Journal of Neuroscience showed how genetic brain defects can be repaired (despite the presence of DNA mutations in key brain patterning genes) by manipulation of ion channel activity. Thus, my lab is a world leader in the discovery of mechanisms by which ion channels in non-neural cells control organ development – this is also a key aspect of understanding the ways in which Zoloft can affect embryogenesis of a number of important body systems. Many of our grant awards are specifically to fund my work on the role that ion channels play in developmental patterning; these funding sources support my work because they understand that basic research on ionic and serotonergic work in non-mammalian and mammalian systems are very relevant for human medicine.

I am an expert in molecular developmental biology, having authored over 140 peer-reviewed published papers on patterning mechanisms (including numerous papers on serotonin signaling, in which we routinely use serotonin reuptake inhibitors to study embryonic development and cellular function in vertebrate animal models, and on ion channels, in which we often use drugs that regulate ion channel activity to modulate the growth and form of brain, face, heart, and appendages). My collaborators and others have used my methods and results to advance their own work in human tissues and mouse embryogenesis. My papers have been published in top-tier journals including *Cell*, *Nature*, *Proceedings of the Academy of Sciences of the U.S.A., Journal of Neuroscience,* and *Development*.

2

Our work at the forefront of developmental bioelectricity, molecular genetics of development, use of ion channels to drive regeneration and repair birth defects, and development of the first artificial intelligence platform for discovering mechanistic explanations of patterning malformations has garnered wide coverage from top press outlets, including *Science, Nature, New Scientist, Boston Globe, Forbes, New York Times, Newsweek, Scientific American, and Physics World:*

- A Computer Just Solved This 100-Year-Old Biology Problem (Popular Mechanics, June 2015)
- Computer independently solves 120-year-old biological mystery (Wired, June 2015)
- Electrical zap of cells shapes growing brains (*Science News*, March 2015)
- Bioelectrical Signals Can Stunt or Grow Brain Tissue (*Scientific American*, March 11, 2015)
- Bioelectric signals spark brain growth (*Nature*, March 11, 2015)
- Tadpole eye transplant shows new way to grow nerves (*Science News*, December 2, 2014)
- Mapping The Body's Wiring For Medical Breakthroughs (*Newsweek*, August 7, 2014)
- Cracking the code to regrow human limbs (*New Scientist*, June 2, 2014)
- Could this man hold the secret to human regeneration? (*Medium*, January 2014)
- An electrical misunderstanding (*Physics World*, 2013)
- It's Electric: Biologists Seek to Crack Cell's Bioelectric Code (*Scientific American*, Mar. 27, 2013)
- Bioelectric signaling controls tissue shape and structure (*PhysicsToday*, March 2013)
- Tadpoles "see" with Eyes on Their Tails in Tufts Experiment (Feb-March 2013)
  - Boston.com
  - Science on NBC News
  - TheScientist
  - Science
  - The Boston Globe
  - ABC News
- Electric Shock (*Read Matter*, Dec. 2012)
- Meet Michael Levin, PhD. (*Science for the Public*)
- Building the Body Electric (*Science News*, Dec. 31, 2011)
- Researchers Discover that Changes in Bioelectric Signals can Trigger Organ Growth (Dec. 8, 2011)
  - Forbes
  - Science News
  - PhysOrg
- My, Your Eyes Are So Electric (*Science*, Dec. 7, 2011)
- Lessons on Regrowth, on a Small Scale (*The Boston Globe*, Jan. 3, 2011)
- An Electrical Switch for Cancer? (*The Scientist*, Oct. 19, 2010)
- Salt Infusion Could be a Remedy for Damaged Cells (Oct. 2010)
  - A Salty Tail
  - New York Times
- Recipes for Limb Renewal (*Chemical and Engineering News*, Aug. 2, 2010)
- Electricity Sparks Stem-Cell Transformation (*New Scientist*, Dec. 2008)
- Spark of Life: Electricity and Regeneration (*Science*, Sept. 2007)

- Electricity can spark limb regeneration (Feb. 28, 2007)
  - o <u>Nature</u>
  - o <u>The Scientist</u>

Because I am a recognized expert in these areas, I am routinely sent manuscripts for my evaluation from all the major developmental biology and biomedicine journals, having received a "Frequent Reviewer" mention from journals like *Nature*. I also review grants for the National Institute of Health, the National Science Foundation, and many private funders in the U.S. and around the world. My group receives funding from the American Heart Association, National Institutes of Health, National Science Foundation, Department of Defense (DARPA), March of Dimes, W. M. Keck Foundation, and other sources. In addition to our very active primary research program, I teach students at the graduate and undergraduate level (focusing on topics of molecular mechanisms of embryogenesis and pharmacological modulation thereof), and mentor post-doctoral candidates in my lab (who then go on to become independent assistant professors at other institutions).

Attached as Appendix 1 is my Curriculum Vitae for a more complete narration of my qualifications and expertise. A summary of my testimony as an expert witness in the last four years is attached at Appendix 2.

## II.    Methodology

I have relied upon my knowledge and experience in the field of molecular biology, which includes my own studies with SSRIs and their impact on embryonic development. This knowledge and experience is based on my training and years of experience conducting mechanistic testing in many animal models. In formulating my opinions, I have reviewed and analyzed hundreds of peer-reviewed papers, which include many on which I served as an author. I arrived at my opinions in this case no differently than I do in my lab when tasked with a scientific question, such as I the one which I was asked herein. I consider the developmental process in question, study the state-of-the-art literature on the molecular components that are known to be involved in this developmental process, analyze the different ways this process can be perturbed, critically evaluate the available studies on the downstream targets and molecular mechanism of action of the compound in question, and rigorously consider whether and how the compound (in this case Zoloft and SSRIs) is or is not likely to interfere with the mechanisms involved in embryogenesis, and if so, how. I have read the literature, including papers on cell biology, developmental genetics, pharmacology/toxicology, etc., to formulate the best possible answer. Many of my opinions regarding developmental malformations induced by ion channel and serotonergic signal disruption by reagents such as SSRIs have been scrutinized by the peer-review process and are published in some of the top scientific journals in the world.

My opinions in this report are expressed within a reasonable degree of scientific certainty and are based upon my education, training, experience and specialized knowledge in the field of molecular biology specifically studying the mechanistic role that serotonin and ion channel play in normal embryogenesis, as well as the role SSRIs have in perturbing normal development and cell functions across the animal kingdom.

4

All of my opinions are based upon methodologies and materials which are generally accepted and reasonably relied upon by experts in the field of molecular biologist studying these same principles, as well as other scientific disciplines, including many peer-reviewed papers in research journals. In forming these opinions, I have relied upon the information and data available at the time these opinions were rendered, but focused on new data since the April 2014 Daubert Hearing in this matter. A list of the documents I have recently reviewed and considered attendant to this report are listed on my Reference List, attached as Appendix 3.

### III.   Summary of Opinions

1.  Serotonin plays a crucial role in embryogenesis, which includes left-right (laterality) patterning in mammals and humans.
2.  Ion channels are also centrally involved in embryogenesis in mammal and humans.
3.  SSRIs including Zoloft can and do perturb serotonin signaling and ion channel functioning, resulting in teratogenesis. Thus, SSRIs are capable of causing cardiac birth defects from a mechanistic standpoint.
4.  Data, including peer-reviewed studies, support these mechanisms of teratogenicity in mammalian and human models.

This report is a discussion of new data, which strongly support my original Daubert opinion, including: presence of serotonin and its transporter in early rabbit embryos (strengthening the relevance of my mechanism opinions to mammals), publication of a paper showing that human patients with randomization of the organs have ion channel mutations, in some of the same ion channels targeted by Zoloft (providing a clear evidence of my ion channel mechanism for impact of Zoloft on human laterality), and publication of several papers showing craniofacial defects due to ion channel mutations (clearly showing that my ion channel teratogenesis mechanism is directly relevant to human development).

### IV.   New Data Extend Serotonin Findings to Mammalian Embryos

My published (peer-reviewed) papers show that serotonin functions in LR asymmetry in chick and frog embryos, and that SSRIs can perturb this process and cause laterality defects [12, 16, 22, 37, 38, 78, 81, 100, 101]. I was asked at the Daubert Hearing if there are data that supported my opinions in mammalian or human models (so as to add a check mark to human column on a figure (below as Fig. 9), originally from the Levin 2007 publication, as below).

As figure 1 below shows, mammalian (e.g., rabbit) embryos and chick embryos are extremely similar at early stages – both are a flat disk with primitive streak that demarcates the midline, and thus defines the anatomical left and right sides. In this they differ from highly specialized rodent embryos (which form a cone or cup shape), revealing why chick and rabbit are a better model for understanding human asymmetry (and its defects) than is the mouse or rat.



Figure 7: same bodyplan of rabbit and chick embryos

To try to observe the asymmetric localization of serotonin, and the presence of serotonin and SERT in early mammalian embryos, we examined the presence of serotonin and SERT in the early rabbit embryo (Figure 7) using immunohistochemistry. Consistently with my mechanism and what was observed in chick, we detected serotonin to be present on the right side (asymmetrically) of the primitive streak (see blue arrowheads in Fig 2A), as well as the main target of Zoloft - SERT (Fig. 2B, which is localized in circles around the periphery of cells as the serotonin transporter should be). These data demonstrate that the asymmetry of serotonin localization and the presence of the serotonin transporter (blocked by Zoloft) are both conserved to mammalian embryos, thus supporting the stated mechanism and putting an end to the suggestion that there are no relevant data on this mechanism in mammalian systems.



Figure 8: serotonin and its transporter in early rabbit embryos

## V.    Conservation of Ion Channel Mechanism to Human Left-Right Asymmetry

I have long stated in my published papers that the basic early mechanisms of left-right asymmetry are highly conserved throughout the animal kingdom [16, 63, 66, 72, 177]. Our

recent published review compared the various mechanisms and at the time, did not indicate a role for ion transport in humans. **The science has advanced since the Daubert Hearing, and a recent paper [178] indeed showed that 2 ion channels were identified as causing heterotaxy (left-right asymmetry birth defect): SCN1A and SCN9A, which are ion channel genes, revealing that in humans as in other species, ion channel activity is an integral part of left-right patterning.**

Thus, I have updated the table from my recent reviews (Figure 9), to include what is now known: that the ion channel mechanism now extends to humans. Disruption of ion channel genes (whether genetically or by drugs) will perturb the normal process of embryogenesis, as shown in these human patients. Because Zoloft has been shown, in mammalian cells [127, 129, 130], to block a number of ion channels including voltage-gated sodium channels (as are SCN1A and SCN9A), these new data clearly support the relevance of my mechanism for human patients exposed to the teratogen Zoloft.

Figure 9: Conservation of left-right patterning mechanisms among the tree of life

| Embryonic time: → | | Cytoskeleton/ Motor protein | Ion flux | GJC | 5HT | Cilia |
|---|---|---|---|---|---|---|
| **Model system** | | | | | | |
| Ciliates | | (40) | | X | | |
| *Arabidopsis* | | (111) | (117) | X | | X |
| *Lymnaea* | | (51) | | | | X |
| *C. elegans* | | (118) | | | | X |
| *Drosophila* | | (54) | | | | X |
| Sea urchin larvae | | | (38) | | | |
| *Ciona* | | | (119) | | | |
| Zebrafish | | | (36) | | | (1) |
| *Xenopus* | | (24) | (34) | (120) | (121) | |
| Chick | | | (34) | (35) | (121) | X |
| Human | | | Fakhro et al., 2011 | | | (122) |
| Rabbit | | | | (123) | as yet un-published data | |
| Mouse | | Srivastava et all, 2014; Cota et al. 2006 | | | | (124) |

*(left axis label: Evolutionary Relationships)*

## VI.    Ion channels are crucial for normal embryogenesis in humans

With respect to the role of ion channels in embryogenesis, new science has emerged. A number of excellent papers have emerged in the recent months [136-140]. These important studies significantly strengthen my opinion that when electrical activity in the developing embryo is affected, by any means, significant birth defects result.  Zoloft is known to affect ion

channels – the proteins that control cells' electrical activity. Recent studies have shown that problems with the activity of such channels result in birth defects of the heart, face, brain, and limb, including club foot and other defects.

One study [179] shows that problems with the voltage-gated potassium channel cause Temple-Baraitser syndrome, a developmental disorder affecting the developing face and bony structures of the hands and feet. It should be noted that such potassium channels have long been implicated in embryogenesis by my work in the frog model [76-78], again validating the relevance of our frog work for human medicine. Along the same line, in this paper the authors use frog eggs to study the physical properties of this ion channel, confirming the clinical utility of the data coming from frog cells for understanding human birth defects.

Another study [180] shows that developmental defects (including club foot, Fig. 10) result from a problem with a sodium channel, once again the kind of channel that is targeted by Zoloft [131, 181, 182]:



Figure 10 (from [180]) showing developmental malformations induced by ion channel mutations.

In two other papers [183, 184], we learn that Cantu syndrome is caused by a problem with a potassium channel – the same channel my work implicated earlier. This syndrome includes craniosynostosis and aortic malformations.

Figure 11: Cantu – a birth defects syndrome caused by ion channel dysfunction

9



Photograph of patient 1 at 2¹/₁₆ years of age. A: "Coarse" facial appearance including long face, full cheeks, thick eyebrows, puffy eyelids, epicanthus folds, depressed nasal bridge with anteverted nostrils, long philtrum, and large mouth with thick vermilion to the lips. B: Chest radiograph showing cardiomegaly [CTR 0.65]. C,D: Skull 3D-CT showing synostosis of bilateral coronal sutures and anterior aspect of the sagittal suture. E: Skull radiograph showing impression of cerebral gyri. F: Brain MRI showing scalloping of the calvarial inner table and normal brain structures.

**Finally, new data in the MGI Mouse Mutant Database shows that problems with the ion channel HCN4 cause laterality disturbances, linking ion channel dysfunction to asymmetry defects in mammals**. My work long ago predicted effects on left-right asymmetry of ion channel disruption in mammals, and these data confirm it in mice (this study was part of the massive "Bench-to-Bassinet" screen, designed to uncover mechanisms of human heart birth defects). Similar studies, such as that of Teng et al. (2008) confirm the link between ion channel dysfunction and cardiovascular birth defects.

*(see next page)*



Taken together, these new data significantly strengthen body of evidence revealing the ion channel mechanism of action of Zoloft and confirm that together with the serotonergic mechanism, there is a clear link between the mechanism of action of Zoloft and a range of human birth defects, in general and specifically cardiac birth defects, that is demonstrated in reliable scientific data.

## VII.   New data on Zoloft and pattern formation

One of the model systems used to understand how cells build and assemble organs is Planaria, which are a medically-important (and highly NIH-supported) model species being used to understand stem cell function, immune response, drug addiction, epigenetics, cancer, and body patterning [185-196]. Our latest data in this system (currently being written up for publication, Fig. 12) show that exposure to Zoloft or Prozac can induce formation of a second head, a process that illustrates the fundamental ability of Zoloft and other SSRIs to derange the cellular functions needed to properly assemble a correct bodyplan.



Figure 12: SSRIs disrupt normal body patterning in planaria

Thus, the science clearly shows a causal link between the targets impacted by Zoloft and other SSRIs and birth defects in humans, rodents, and other systems used for biomedical research.

**VIII.    Conclusion**

In conclusion, it is my opinion that published, peer-reviewed, reliable scientific evidence clearly indicates that pathways known to be affected by Zoloft and other SSRIs – serotonin transport and ion channel function – are crucial for normal embryonic development in human and other mammalian and non-mammalian systems. Recent data significantly strengthen my conclusion and provide even better evidence of the same mechanisms in mammals. I recently expressed this opinion in a paper currently in review at *Reproductive Toxicology*. Based on my background, training, experience and review of a scientifically sound body of evidence, it is my professional opinion, as a molecular biologist, that interference with these pathways by SSRI exposure, including Zoloft in utero, is a potential cause or contributing factor to a wide spectrum

12

of birth defects, including congenital cardiac defects, from a mechanistic standpoint.

**IX. Disclosures**

I reserve the right to alter or supplement my opinions.  Additionally, I reserve the opportunity to testify in my areas of expertise in response to the testimony of Defendant's opinion witnesses.  I am being compensated in connection with this matter at my professional rate of $750 per hour.

Dr. Michael Levin
Director, Tufts Center for Regenerative and Developmental Biology
Tufts University
Medford, MA

**Appendix 1: CV of Michael Levin, Ph.D**

**CURRICULUM VITAE**

**Part I: General Information**

**DATE PREPARED:**            2012 February

**Name:**            Michael Levin

**Office Address:**            Biology Department
Tufts University
200 Boston Ave., Suite 4600
Medford, MA 02155
Tel. (617) 627-6161

**Home Address:**            10 Berkshire Street
Swampscott, MA 01907
Cell: (781) 248-9073

**Email**:            michael.levin@tufts.edu            **Fax:** 617-627-6121

**Place of Birth:**            Moscow, Russia

**Education:**

| Year | Degree | Institution |
|---|---|---|
| 1992 | B.S. Computer Science and Biology | Tufts University, Medford, MA |
| 1996 | Ph.D. Genetics | Harvard Medical School, Boston, MA |
|  |  | Clifford J. Tabin, PhD advisor |

**Postdoctoral Training:**

| Year | Title | Discipline | Place of Training |
|---|---|---|---|
| 1996-2000 | Research Fellow | Cell Biology | Harvard Medical School |
|  |  |  | Mark Mercola, post-doc mentor |

**Forsyth Institute (Harvard Affiliate) Appointments:**

| Year | Title |
|---|---|
| 2000-3003 | Assistant Member of the Staff, Dept. of Cytokine Biology |
| 2003-2006 | Associate Member of the Staff, Dept. of Cytokine Biology |
| 2006-present | Director & Department Head, Center for Regenerative and Developmental Biology |
| 2007-2009 | Senior Member of Staff (equivalent to Full Professor) |
| 2009-present | Senior Research Investigator, Dept. of Molecular Genetics |

**Academic Appointments:**

| Year | Title | Institution |
|---|---|---|
| 2000-2003 | Instructor in Oral and Developmental Biology | Harvard School of Dental Medicine |
| 2003-2004 | Assistant Professor of Oral | Harvard School of Dental Medicine |

1

|  |  |  |
|---|---|---|
|  | and Developmental Biology |  |
| 2005-2009 | Assistant Professor of Developmental Biology | Harvard School of Dental Medicine |
| 2006-present | Adjunct Associate Professor of Biomedical Engineering | Tufts University |
| 2008-2009 | Associate Professor of Developmental Biology | Harvard School of Dental Medicine |
| 2008-present | Professor of Biology | Tufts University |
| 2010-present | Visiting Professor of Genetics | Harvard Medical School, Wyss Institute |
| 2011-present | Vannevar Bush Professor | Tufts University |

**Major Administrative Responsibilities:**

| Year | Title | Institution |
|---|---|---|
| 2002-2006 | Chairperson, Seminar Series | Forsyth Institute |
|  | Personally invited and hosted 61 world-class speakers, including: |  |
|  | Mark Mercola, Richard Borgens, Shipeng Yuan, Kyu-Ho Lee, Kelly McLaughlin, Riyi Shi, Angeles Ribera, James Deshler, Philip Newmark, Brenda Brizuela, Peter Vize, Harry Wichtel, Karen Symes, Alex Schier, Ken Robinson, Jeremy Green, Roberto Gaxiola, Harry Witchell, Max Myakishev, Oksana Polesskaya, Frank Conlon, Colin McCaig, Michael Carey and Karl Edminster, Patricia Pietrantonio, Malcolm Whitman, Vladimir Gelfand, Marnie Halpern, Donald Giddon, Charles Abramson, Blanche Schwappache, Iain Drummond, Alejandro Sanchez Alvorado, Ido Kema, Jean Lauder, Laurinda Jaffe, Kaethi Geering, Amy Sater, Nandita Quaderi, Michael Forgac, Hazel Sive, Gerald Schatten, Sally Moody, Mike Danilchik, Rao Sivapradarao, Scott Holly, Greg Beitel, Randy Blakely, Richard Wassersug, Raul Martinez-Zaguilan, Sebastian Shimeld, P. Tsonis, Rebbecca Burdine, Richard Woodruff, Arkhat Abzhanov, Ellen Heber-Katz, Mustafa Djamgoz, Karuna Sampath, Timothy Day, Grace Gill, Guenter Albrecht-Buehler, Stephane Noselli, Bruce Nicolson, Richard Schlegel |  |
| 2006-2010 | **Founder** and Director, Forsyth Center for Regenerative and Developmental Biology | Forsyth Institute |
| 2002-2008 | Member, Biological and Biomedical Science Program | Harvard Medical School |
| 2004 | Member, Preliminary Qualifying Exam Board (twice) | Harvard Medical School |
| 2006 | Organized a satellite symposium at the Society for Developmental Biology Annual Conference | University of Michigan |
| 2008-present | **Founder** and Director Tufts Center for Regenerative and Developmental Biology | Tufts University |
| 2008-present | Professor, Department of Biology | Tufts University |
| 2010-present | Visiting Professor of Genetics, Wyss Institute | Harvard University |

**Major Committee Assignments:**

| Year | Title | Institution |
|---|---|---|
| 2001-present | Member, Recombinant DNA Committee | Forsyth Institute |
| 2002-present | Standing Committee on Higher Degrees | HSDM |
| 2002-present | Member, Biohazard Committee | Forsyth Institute |

2

| 2003-present | Member, Hein Fellowship Committee | Forsyth Institute |
|---|---|---|
| 2004-2006 | Member, Zebrafish Facility Transition Committee | Forsyth Institute |
| 2006-present | Forsyth Senior Advisory Committee | Forsyth Institute |
| 2005 | Symposium Planning Committee | HSDM/Forsyth |
| 2005-present | Executive Committee Member, Department of Developmental Biology | HSDM |
| 2006-present | Strategic Planning Science & Research Committee | Forsyth Institute |
| 2007-2008 | 90-Day Committee | Forsyth Institute |
| 2007-present | Senior Governance Committee | Forsyth Institute |
| 2009-2010 | Member, BME Faculty Search Committee | Tufts University |
| 2010-2011 | Member, Physiologist Faculty Search Committee | Tufts University |

**Student Mentoring Committee Assignments:**

| *Year* | *Title* | *Institution* |
|---|---|---|
| 2001 | Member, Thesis Committee for Ulku Canyurek | HSDM |
| 2004 | Member, Qualifying Exam Committee for Sabrina Hom | Harvard Med School |
| 2005 | Member, Thesis Evaluation Committee for Geoffrey Grant Whitehead | Harvard Med School |
| 2005 | Member, Thesis Evaluation Committee for Nicki Davis | Harvard Med School |
| 2005 | Member, Qualifying Exam Committee for Karolina Mizeracka | Harvard Med School |
| 2005-2006 | Member, Thesis Committee for Shing-Ming Cheng | Northeastern University |
| 2006 | Member, Thesis Evaluation Committee for Amy Jennifer Crystal | Harvard Med School |
| 2006 | Member, Thesis Evaluation Committee for Chad Robert Boers | Harvard Med School |
| 2006-2008 | Member, Thesis Committee for An Dinh | Tufts University |
| 2006-2011 | Member, Thesis Committee for Sarah Sundalacruz | Tufts University |
| 2006-present | Member, Thesis Advisory Committee for Shoshoni Caine | Tufts University |
| 2006 | Member, Thesis Review Committee | Tel Aviv University |
| 2007 | Member, Qualifying Exam Committee for Nevena Dimova | HSDM |
| 2008 | Member, Thesis Evaluation Committee for Laura Anne Lowery | Whitehead Institute (MIT) |
| 2009 | Member, Thesis Evaluation Committee for Daniel G. Hechavarria | Tufts University |
| 2009 | Member, PQE Committee for Ashley Gibbs | Harvard Med School Biophysics Dept. |
| 2010 | Member, Thesis Committee for Marie Tupaj | BME Dept., Tufts University |
| 2012 | Member, Thesis Evaluation Committee for Shahan Nercessian | Computer Science Tufts University |
| 2012 | Member, Graduate Advisory Committee for Kasey Rodgers, Jessica Mustard | Biology Tufts University |

**Professional Societies:**

| Year | Society | Role |
|---|---|---|
| 1992-present | Bioelectromagnetics Society | Member |
| 2000-2002 | Scientific Council of the American Heart Association | Member |
| 2000-2005 | Society for Physical Regulation in Biology and Medicine | Member |
| 2003-2004 | American Society for Cell Biology | Member |
| 2003-present | Society for Developmental Biology | Member |
| 2010-2011 | Society for Neuroscience | Member |

**Community Service Related to Professional Work:**

| Year | Title/Role | Institution |
|---|---|---|
| 2002 | Presentation regarding risk assessment of environmental electromagnetic fields | Swampscott Town Meeting |
| 2002-2004 | Mentor, High School Summer Internship Program (science experience for underpriviledged inner-city high-school kids) | Forsyth Institute |
| 2002-2004 | Mentor, RSI program (hands-on Summer research for prodigy kids from around the world) | MIT |
| 2004-present | Ad-Hoc Member, Grant Review Committees | |

National:
- Vanderbilt University (Central Discovery Grant)
- National Science Foundation
- National Institute of Health
  Scientific Review Group 2007/05 ZDA1 MXS-M (26)
  Scientific Review Group 2009/01 ZDA1 MXS-M (01)
  Scientific Review Group 2009/01 NTRC
  F32 NRSAs (2009),
  EUREKAs for NIGMS (2010)
  S10 grant for BRLE (2009)
  NIH 2010/10 ZRG1 MOSS-A (02) M
  NIH 2012, NIDCR
  NIH SEDAPA ZDA1 MXH-H
- Science Center programs of the U.S. Department of State
- NSF – ad-hoc reviewer for multiple proposals

International:
- Wellcome Trust, BBSRC Fund (U.K.)
- Austrian Science Fund (Hertha Firnber Award)
- France's National Research Agency ("Blanc" CALLU program)
- Marsden Fund (New Zealand),
- Czech Science Foundation,
- Netherlands Organization for Scientific Research (NWO)
- HFSP (France)
- US-Israel Binational Science Foundation
- European Research Council

4

2010-present    Advisory Board Committee member for Marine Biological Laboratory's Bell
                Center for Regenerative Biology and Tissue Engineering

**Editorial Boards:**

| Year | Role | Name |
|---|---|---|
| 1997-present | Board Member | Frontier Perspectives |
| 1998-present | Board Member | Journal of Scientific Exploration |
| 2002-present | Board Member | Negative Results in Biomedicine |
| 2007-present | Board Member | Laterality |
| 1998-present | Ad Hoc Reviewer for: | |

ALIFE 13 Conference, American Journal of Medical Genetics, Behavioural Brain Research, Bioelectromagnetics, BioEssays, Biological Reviews, Biology of Reproduction, BMC Developmental Biology, Brain, Brain Research, Cell and Tissue Research, Circulation Research, Current Biology, Cytoskeleton, Development, Developmental Biology, Developmental Cell, Developmental Dynamics, Epigenomics, Future Medicine, Genes & Development, Differentiation, EMBO Reports, Genesis, Human Reproduction, International Journal of Radiation Biology, Journal of Comparative Physiology A, Journal of Molluscan Studies, Journal of Statistical Physics, Mechanisms of Development, Nature Cell Biology, Nature (*received letter of thanks as a frequent reviewer*), Nature Reviews Genetics, Neuroscience, Pharmacology Biochemistry and Behavior, Physical Biology, PLoS One, PNAS, Proceedings of the Royal Society, Progress in Biophysics and Molecular Biology, Reproductive Toxicology, Science, Stem Cells and Development, Stem Cell Research and Therapy, Symmetry, Teratology, Trends in Cell Biology, Trends in Ecology and Evolution, Trends in Genetics

| | | |
|---|---|---|
| 2008-2009 | Guest editor | *Seminars in Cell and Developmental Biology*, two special issues on Regeneration |
| 2011 | Guest editor | *Proceedings of the National Academy of Science of the United States* |
| 2012 | Guest editor | special issue of *Stem Cells International* on stem cells and ion channels |

**Awards and Honors:**

| Year | Name of Award |
|---|---|
| 1990, 1991 | Hughes Scholarships |
| 1992-1995 | NSF pre-doctoral fellowship |
| 1997 | Alexander Imich Award, Saybrook Graduate School |
| 1997-2000 | Helen Hay Whitney Foundation post-doctoral fellowship |
| 2000 | Junior Investigator Award, Society for Physical Regulation in Biology and Medicine |

| 2001 | Best Talk Award, Juan March Conference on Left Right Asymmetry, Madrid | |
| 2001 | Nominated by Harvard for the Pew Scholarship Award | |
| 2005 | My work on asymmetry was selected as "a Milestone in Developmental Biology in the last century" by Nature (#23 at http://www.nature.com/milestones/development/milestones/index.html ) | |
| 2007 | Established Investigator Award from the American Heart Association | |
| 2009 | Invited to give the S. Meryl Rose lecture at Marine Biological Labs, Woods Hole | |
| 2011 | Vannevar Bush endowed Chair appointment | Tufts University |
| 2012 | Scientist of Vision Award, | IFESS society |
| 2013 | Distinguished Scholar Award, | Tufts University |

## Part II: Research and Teaching Contributions

### A. Research Focus

<u>Overview</u>

My group focuses on the dynamics of information processing in living tissues. Specifically we study spatial information (which underlies the ability of organisms to create, maintain, and repair complex geometrical shapes) and temporal information (dynamics of memory and learning within a changing brain and CNS). Using molecular genetics, biophysics, developmental biology, and computational modeling we work in the fields of embryonic development, regeneration, and cancer. Fundamentally we view all of these problems as examples of a complex dynamical system that establishes and maintains shape; we seek to understand and learn to control the processes by which individual cell behaviors are orchestrated towards large-scale anatomical needs of the host organism. Applications extend to the control of growth and form to address birth defects, regenerative medicine, and synthetic bioengineering.

Specifically, we focus on endogenous bioelectric signals – gradients of transmembrane potential in non-neural cells that provide instructive cues during pattern formation. We developed the first genetic tools allowing these bioelectric prepatterns to be visualized *in vivo* and, most crucially, to be modulated with molecular precision in loss- and gain-of-function studies. Using model systems such as zebrafish, Xenopus, chick, and planaria, as well as mouse and human cells with collaborators, we showed that voltage gradients not only modulate basic cell behaviors but also determine positional information and organ identity. For the first time, we have dissected the pathways that lead from the production of gradients by ion channel proteins, through the transduction machinery that turns a fundamentally biophysical event into second-messenger cascades, to known epigenetic and genetic downstream cascades. This work reveals fascinating and novel aspects of basic biology and is expected to produce new modalities for manipulating tissue growth for biomedical applications. It is complemented by computational analyses of the auto-catalysis of patterns in physiological networks (the non-genetic origin of patterning in tissues).

Our projects often blur the distinction between computation in the nervous system and pattern formation. At the boundary of the brain:body interface, projects include the dynamics of memories during brain regeneration in planaria, the plasticity of the tadpole brain as it uses ectopic eyes on its tail for vision, and the guidance of shape during tadpole tail regeneration by the brain and CNS.  Another section of the group works on developing a new bioinformatics of shape – artificial intelligence tools to mine functional data in developmental genetics to help formulate

mechanistic, constructive models of pattern formation (going beyond sequence and gene networks to assist scientists in deriving testable algorithmic models of actual anatomy).

Key recent advances

   (1) We discovered that endogenous ion fluxes play a conserved and crucial role in the constsnet left-right (LR) patterning of the heart, viscera, and brain in embryos. We developed a new screening methodology that uncovered 4 transporters that are asymmetrically localized at extremely early stages and produce $K^+$ and $H^+$ flows upstream of asymmetric gene expression. This work identified a novel mechanism in asymmetry, showed that embryos align the LR axis long prior to previous thought in the field (a significant break with the currently-popular paradigm for late, cilia-dependent mechanisms), and uncovered new localization zipcodes for proteins in embryonic cells. We are molecularly characterizing the function of each of the transporters and integrating this information into a predictive, quantitative model of developmental physiology that amplifies single-cell chirality information into true asymmetry of multicellular fields.

   (2) We discovered that the neurotransmitter Serotonin controls developmental patterning in chick/frog embryos long before neurogenesis, identifying a novel role and alternative signaling mechanism for a biomedically-important neurotransmitter, and revealing an aspect of patterning dependent on the dynamic movement of non-protein small molecules. It turns out that in frog embryos, serotonin is a morphogen moved through a cell field by an electrophoretic force in embryos as a positional signal along the left-right axis. We are characterizing the functions of pre-nervous serotonin, and have identified a novel intracellular receptor which, through its interactions with HDAC1, explains how early serotonin movement epigenetically regulates the transcription of the first asymmetric gene (Nodal).

   (3) In regeneration, we uncovered novel roles for ion flows in anterior-posterior patterning in planaria and in tail regeneration in tadpoles. We identified and characterized electrogenic pumps producing striking voltage gradients during regeneration and showed that these are necessary and sufficient for regeneration of the spinal cord and muscle in tadpole tails. We also showed that the flow of ions and small molecule signals through gap junctions are part of the mechanism by which fragments of flatworms determine which end should form the head and which should form the tail. We showed that we can modulate these signals to exert control over the large-scale structure of the regenerate – using bioelectrical signals (delivered genetically or pharmacologically, not through electric field application) to determine the shape of structures built by the animal's adult stem cells. In the Xenopus system, having characterized the role of ion gradients in tail regeneration, we developed a small molecule drug cocktail that takes advantage of endogenous channels to induce the regeneration of complete legs in froglets! We are currently moving this technology to a rat limb amputation models with collaborators in the Biomedical Engineering department.

   (4) We discovered a specific manipulation of transmembrane potential that can turn any region of the frog embryo (even gut endoderm and lateral plate mesoderm) into complete, functional eyes, suggesting important revisions to the current picture of competence restrictions in cell lineages. We also traced the genetic pathway leading from the voltage change to eye morphogenesis (including transduction and transcriptional responses), and are now moving this into a murine model for applications to eye repair. On the basic biology side, we are using this as our first entrypoint to breaking the bioelectric code. We found other membrane voltage changes that result in the development of hearts, otoliths, limbs, and other structures. To fully dissect the mapping between tissue voltage properties and resultant anatomy, we recently published the first use of ion channel optogenetics in non-neural cells, inducing regeneration by light signaling to halorhodopsin-bearing blastema cells. We are now extending this approach to use optogenetics to allow us to read and write bioelectric information directly into actively patterning tissues *in vivo*.

   (5) Our work on the bioelectric basis of the morphogenetic disorder of cancer identified a) a non-genetic (bioelectric) switch in their microenvironment that confers a tumor-like phenotype

7

on some somatic cells, b) a physiological signature by which pre-cancerous cells can be recognized non-invasively, and c) a hyperpolarizing regime that suppresses oncogene-mediated tumorigenesis. The work in the frog model is being used to understand bioelectric properties as a signature and functional trigger point by which cells can be normalized or driven to cancer, and with collaborators in the field of melanoma is being moved towards applications for a biomedical detection and treatment technology.

(5) We designed and built a state-of-the-art parallelized (high throughput) computer-controlled device to probe mechanisms of memory and learning in genetically-modified flatworms and *Xenopus* tadpoles. This device is the first system able to provide individual real-time feedback to each animal (allowing not just tracking but sophisticated classical conditioning and instrumental learning paradigms); we used it to show that animals bearing eyes only on their tails could learn perfectly well in visual recognition tasks, and that animals with reversals of left-right asymmetry showed interesting cognitive phenotypes on non-lateralized tasks (generalized learning and memory assays). The system is well-suited for pharmaceutical drug screens designed to identify novel neuroactive compounds such as memory-enhancing nootropics.

Future directions

On the fundamental theory side, my plan for the next 5 years is to develop predictive, quantitative models of complex pattern formation using techniques from cognitive science and artificial intelligence. We will model developing systems as cognitive agents that perform decision-making to achieve target morphology to develop much better predictive control over growth and form in a number of tractable model systems. This will involve not only modeling and application of concepts such as top-down algorithmic control and swarm intelligence to cell behavior, but also development of high-resolution models of information storage and manipulation in physiological networks (treating non-neural cells as neural net-like computational tissues).

At the bench, we will integrate the above theory with continued work on the bioelectric basis of pattern formation. Moving forward to a better understanding of the bioelectric code, we will transition some of our technologies in cancer and regeneration to mammalian systems with an eye towards biomedical applications. An important future line of investigation is to extend synthetic biology – providing a set of bioelectric building blocks and modeling results to augment the existing transcriptional toolkits, we will attempt to move beyond soups of individual cells to achieve guided self-assembly and repair of complex shapes by multicellular tissues.

My group functions as a hub of many collaborators in computer science, biomedical engineering, and biology to mine one central cohesive theme: the computational, constructive understanding of information processed by tissues and organs and its exploitation for the many areas of biology and medicine in which control of biological growth and form is paramount.

**B. Teaching and Mentoring**

I have taught numerous classes at institutions such as Harvard, Tufts, Boston University, NorthEastern University, MIT, etc. and am frequently invited to give specialty seminars to graduates and undergraduates on asymmetry, mathematical modeling, biophysics of morphogenesis, etc. In the past few years, I have taught for Harvard Medical School courses including 1) BBS Genetics 330 (2006, a complete semester, co-taught with Andrius Kazlauskas), 2) the HSDM Craniofacial Development course (2007 & 2008, organized by Leslie Will, where I lectured and led discussion sections on mechanisms of laterality as they relate to craniofacial patterning), 3) BBS DB207 (Developmental Biology course led by Andrew Lassar), where I presented molecular aspects of embryonic left-right patterning in 2004, 2005, and 2006, 4) The HST program's 521 course on Biomaterials and Tissue Engineering where I have taught in numerous years, and 5) the Woods Hole Embryology Course where I taught on left-right asymmetry mechanisms throughout phyla in 2007 and 2009. My favorite aspect of teaching is

8

presenting inter-disciplinary approaches to non-specialists: I've given classes on complex systems analysis to forestry students at Essex Agricultural College, and have also taught seminars on computer science for biologists, and biology for engineers. In addition to formal lecturing, my teaching roles have included personal mentoring of numerous HSDM/HMS rotation and graduate students in my laboratory, as well as undergraduates and high-school students doing internships in my group over the last 5 years. I have greatly enjoyed mentoring at all levels, from high-school to post-doctoral; several of the undergraduate and pre-college students who performed projects in my lab have gone on to win prestigious awards for their work here. At Tufts I participate in teaching a hands-on Experiments in Cell Biology course (Bio52, for undergraduates) and a course in dissecting the primary scientific literature (Bio243, for graduate students), as well as a course for Bioengineers (BME164).

## C. Research Funding Information

Funding status:

A total of twenty two competitive, extramural grants have been awarded to the PI since the lab opened. These include both federal and non-federal sources.

| Years | Funding Source | Role | Grant Title |
|---|---|---|---|
| 2001-2003 | American Heart Association (Beginning Grant-In-Aid) | PI | Pre-nervous Functions of Serotonin |
| 2001-2004 | The Medical Foundation (New Investigator Award) | PI | The Role of $K_{atp}$ Ion Channels in Embryonic Development |
| 2002-2005 | American Cancer Society (Research Scholar Grant) | PI | The Role of Ion Channels and Pumps in Embryonic Development |
| 2003-2006 | National Science Foundation (Standard Grant) | PI | The Role of Serotonin in Left-Right Patterning |
| 2003-2008 | National Institutes of Health (R01) | PI | The Role of Ductin in Embryonic Development |
| 2004-2006 | National Institutes of Health (R21) | PI | Cellular Learning and Information Outside of the Brain |
| 2004-2006 | National Science Foundation (Instrument Development Grant) | PI | A Device for Automated Large-Scale Morphological and Behavioral Screening |
| 2004-2007 | March of Dimes (Standard Grant) | PI | The Role of $K^+$ Channels in Embryonic Laterality |
| 2004-2009 | National Science Foundation (Career Award) | PI | The Biophysics of Flatworm Regeneration |
| 2006-2010 | U.S. Dept. of Transportation (Federal Appropriation) | PI | Study of Regenerative and Developmental Biology for Replacing Tissue Lost or Damaged as a Result of Accidental Injuries |
| 2007-2011 | American Heart Association (Established Investigator Award) | PI | Molecular Analysis of Serotonin Signaling in Establishing Heart Laterality |
| 2007-2009 | National Institutes of Health (R21) | PI | Specific ion flows: a novel signal Mediating Stem Cell-Niche Communication |
| 2007-2011 | National Institutes of Health (R01) | PI | Bioelectrical Controls of Left-Right Asymmetry |

| | | | |
|---|---|---|---|
| 2008-2011 | National Institutes of Health (R01) | PI | Bioelectric Mechanisms of Eye Induction |
| 2008-2011 | Mathers Foundation (R01-scale) | PI | Quantitative Analysis of Memory in Flatworms |
| 2008-2012 | National Institutes of Health (R01) | PI | Bioelectrical Controls of Tail Regeneration |
| 2010-2011 | National Institutes of Health (R01) | PI | Automated Analysis of Learning in Vertebrates |
| 2010-2012 | DOD (Subcontract with Forsyth Institute) | PI | Limb Regeneration through Bioelectricity |
| 2010-2012 | NIH (R01) | Co-PI | Tissue Regeneration by Biophysical Signaling |
| 2010-2012 | NIH C06, co-PI (Robert Sternberg was PI), Collaborative cluster in Genome Structure and Developmental Patterning | | |
| 2011-2014 | Mathers Foundation | PI | Probing the Fundamental Nature of Bioelectric Signals that Mediate Information Processing in Cells and Tissues |
| 2011-2014 | NSF | PI | A computer framework for modeling complex pattern formation |
| 2012-2013 | NSF (subcontract with MIT) | PI | Control of in vivo developmental pattern formation via a new large-scale optogenetic workstation: opportunities for bioengineering, synthetic biology, and regenerative medicine |
| 2012-2013 | DARPA (subcontract with North Shore Health System) | PI | An organ regeneration model in the Xenopus laevis system |
| 2012-2015 | NSF | PI | A workstation for optogenetics for embryogenesis and regeneration |
| 2013 | Silicon Mechanics | PI | Cluster Supercomputer awarded |

**D. Current and Past Research Activities other than those mentioned above**

1. Four inventions and two provisional patent applications filed so far on biomedical applications of novel pathways uncovered in the lab.

2. Organized a satellite symposium at the 2006 Society for Developmental Biology Annual Conference. This symposium explored interdisciplinary aspects of biological polarity, and featured 8 nationally known speakers. The symposium was very well attended and received excellent feedback.

3. Wrote a monograph on the husbandry of *Xenopus* and the running of a frog facility, which is being distributed to the community and will allow easrly-stage PIs to begin using this versatile experimental system. This is a service to the field because it provides detailed instructions, construction details, and protocols that will save labs much time and money in setting up a usable *Xenopus* colony.

4. Collaborations within Forsyth:

   a) Yi-Ping Li – "Role and mechanism of CNBP in directing mouse forebrain development"

   b) Enrst Reichenberger – consultant on ANK project

   c) Paloma Valverde – "Role of KBF1 and KBF1-related factors in the transcriptional regulation of the voltage-gated potassium channel Kv1.5" R03 application

   d) Pam Yelick – "Gap-junctional communication in zebrafish" R21 application
   e) Zie Skobe – participant on the institutional grant to acquire confocal scope (funded)
   f) Doug Hanson – participant on institutional grant for image management system (funded)
   g) Yi-Ping Li – participant on institutional grant to acquire transgenic mouse facility

5. Existing collaborations with Tufts Faculty

      In addition to serving on numerous committees for Tufts graduate students, my lab has an active on-going collaboration with David Kaplan in BME at Tufts Engineering, on the biophysical controls of adult stem cell function in egenerative medicine, and with Barry Trimmer, on developing genetic algorithm tools for the formulation of mechanistic models of development and soft-body robot movement. Strong areas of synergy and proposed future collaborations exist with the Tufts Cognitive Science Center, as well as faculty in the Biology, Psychology, and Computer Science departments.

6. National and International Collaborations (Currently Active - not including past)

   a) Donal Ingber - Children's Hospital, Harvard, Wyss
   b) Federico Calegari – Max Planck Institute, Germany
   c) Pamela Yelick – Tufts Medical School
   d) Mustafa Djamgoz – Imperial College, U.K.
   e) Hans Oberleithner – University of Muenster, Germany
   f) Yasushi Okamura – NIPS, Japan
   g) Takashi Gojobori - NIG, Japan
   h) Seb Shimeld - University of Reading, U.K.
   i) David Mooney- Harvard University
   j) Guiscard Seebohm - Universität Tuebingen, Germany
   k) Andrew Adamatzky – University of the West of England
   l) Stephane Noselli - Univ. Nice Sophia-Antipolis, France
   m) Colin Nichols – Giovanni Pezzulo, IST-CNR, Italy
   n) Joshua Bongard – University of Vermont
   o) Christine Pullar - University of Leicester
   p) Mary Hendrix – University of Illinois, Chicago
   q) Jingsong Xu – University of Illinois, Chicago

7. Advised high school students on research projects: Ashley Bae (Milton Academy), Vokas Arun (Lakeside High School, Seattle WA), Shannon Sample (teacher at Seneca High School, Missouri), Suzanne Michaud (teacher at Holmdel High School, NJ), Andrea Low (Coalfield High School), Jenny Goff (Cheltenham High School, PA), Alicia Urrutia (Eyer Middle School), Ruth Urrutia (Emmaus High School, PA)

8. Wrote letters for Tenure and Promotion cases:
   - Amy Sater (University of Houston)
   - Nannette Nascone-Yoder (North Carolina State University)
   - Tracie Ferreira (UMass Dartmouth)
   - Mark Messerli (MBL)
   - Michael Zuber (SUNY Medical University)

9. Member of NSF-funded IGERT program at Tufts

10. Publicity and media outreach:
   - TV interview on WGBH "Science for the Public"
      http://www.scienceforthepublic.org/speakers-guests/meet-michael-levin-phd-/
   - Cover story of *Physics Today* for March 2013
   - https://www.readmatter.com/a/electric-shock/

11. Organized a symposium – conference on Biologically Inspired Information Processing (http://sites.tufts.edu/biip2012 ); acquired funding support from Exomedicine Institute.

**E. Report of Teaching**

  **1. Local Contributions**

    **a. Courses taught**

| | |
|---|---|
| 2000 | Developmental Biology, Harvard Medical School. 1 lecture and 1 discussion session. Most of the 10 students were graduate students. The lecture required 6 hours of preparation time and 4 hours of contact time with the students. |
| 2000 | Developmental Biology, Tufts Medical School. This lecture was for 15 graduate students. It required 4 hours or preparation time and 3 hours of student contact. |
| 2000, 2002 | Developmental Biology, Boston University Medical School. This lecture was for 15 graduate students. It required 4 hours or preparation time and 3 hours of student contact. |
| 2002 | Forsyth Institute. This lecture on developmental biology was for 6 undergraduate Dental Hygiene students. It required 5 hours or preparation time and 2 hours of student contact. |
| 2003-2005 | Developmental Biology, Whitehead Institute, MIT. These lectures were for 10-15 graduate students. Each required 4 hours or preparation time and 3 hours of student contact. |
| 2006 | Co-taught Genetics 330 (HMS) – proposal-writing course, which required 24 hours of student contact time and 12 hours of prep time. |
| 200-2008 | Teach asymmetry lectures for graduate students at HMS CB207  (2 hours of student contact time and 2 hours of prep time each year). |
| 2007 | Taught asymmetry lectures at Molecular Embryology course at Marine Biological Laboratory, Woods Hole (6 hours of prep time, 4 hours of student contact). |
| 2007, 2008 | HSDM lecture on left-right patterning (2 hours of student contact, 4 hours of prep time). |
| 2008 | HMS/MIT Health Science and Technology program lecture on regenerative medicine and developmental biology (2 hours of student contact, 4 hours of prep time). |
| 2008-2009 | Participated in Bio16, BME 164, Bio 174, Bio 243, COMP 150 ECP (Evolution of Cognitive Processes) at Tufts University (10 hours of prep time, 30 hours of student contact). |
| 2008-2010 | Co-taught Bio52 and Bio243 at Tufts University |
| 2009 | Guest lecture at HST-521 (Fred Schoen's course) at HMS/MIT (2 hours of student contact, 4 hours of prep time). |
| 2010 | Organizer for Bio52. Taught also at BME164. |
| 2011,2012 | Participated in Bio52, Bio174, Bio243 |
| 2011,2012 | Guest instructor, HST 521 Biomaterials, Tissue Engineering and Regenerative Therapeutics at the Harvard-MIT Division of Health Sciences and Technology |

    **b. Invited presentations** (not including scientific seminars)

| | |
|---|---|
| 2001 | Science Writers Group, Forsyth Institute. "Developmental biology and biophysics" |

| 2001 | Danesh Moazed's seminar on how post-docs should look for research jobs, Harvard Medical School. |
| | "Finding jobs in academic biology" |
| 2001, 2003 | Poster Presentation, Harvard Medical School Trustees |
| | "Developmental biology research in the Levin Lab" |
| 2002 | Animal Use Committee, Forsyth Institute |
| | "Use of the Xenopus model system in developmental biology and related fields" |
| 2003 | Scientific Advisory Committee, Harvard School of Dental Medicine |
| | "Developmental biophysics research in the Levin Lab" |

## c. Names of advisees or trainees

| Duration of Training | Name | Position While Trainee | Current Position |
|---|---|---|---|
| 2001-2002 | Daniel Nazarenko | Post-Doc | Toxicologist at Alkermes, Inc., Cambridge, MA |
| 2001-2005 | Taisaku Nogi | Post-Doc | Post-Doc at the University of Minnesota |
| 2002 | Caitlin Mueller | Undergraduate Student Intern | M.I.T. Undergraduate Student |
| 2002-2004 | Emily Yuan | High School Student Intern (Her project in my lab was the winner of MA State Science Fair) | Harvard Undergraduate Student |
| 2002-2004 | Ivy Chen | HSDM Graduate Student (graduated with Honors) | Private DDS Practice |
| 2002-2005 | Takahiro Fukumoto | Post-Doc | Heads his own group at Wakayma Medical University |
| 2002-present | Dany Adams | Post-Doc | Associate Research Professor, Tufts University |
| 2003 | Tim Hsiau | High School Intern (His project in my lab was a semifinalist at the Intel Talent Search) | Washington University Undergraduate Student |
| 2003-2005 | Alessio Masi | Post-Doc | Currently has a research position at the University of Florence |

13

| | | | |
|---|---|---|---|
| 2004 | Olga Mandelshtam | MIT RSI Program Student Intern | (Unknown) |
| 2004-2006 | Caitlin Hicks | Undergraduate Student Intern (*Suma cum Laude* thesis from Harvard for her honors project performed in my lab) | M.D. student at Cleveland Clinic, OH |
| 2004-present | Sherry Aw | Graduate Student, Biological and Biomedical Science Program, HMS | Post-doc, Duke-NUS Graduate Medical School |
| 2004-present | Junji Morokuma | Research Associate | (Continuing) |
| 2005-2010 | Nestor Oviedo | Post-doc | PI at UC-Merced |
| 2006-2012 | Kelly Tseng | Post-doc | PI at ULVN |
| 2007-present | Douglas Blackiston | Post-doc, NIH T32 | (Continuing) |
| 2008-2013 | Laura Vandenberg | Post-doc, NIH F32 | PI at UMass Amherst |
| 2008-2009 | Wendy Zhang | Post-doc | Research Scientist at NIH |
| 2008-present | Wendy Beane | Post-doc, NIH F32 | (Continuing) |
| 2008-2010 | Katia Carneiro | Post-doc, Pew fellow | PI at Federal University of Rio de Janeiro, Brazil |
| 2009-present | Vaibhav Pai | Post-doc | (Continuing) |
| 2009-present | Brook Chernet | Ph.D. student | (Continuing) |
| 2009-2012 | Tal Shomrat | Post-doc | |
| 2009-2010 | Claire Stevenson | Undergraduate | PhD student, U. Illinois |
| 2009-2010 | Brian Pennarola | Undergraduate | |
| 2009-present | Maria Lobikin | Ph.D. student | (Continuing) |
| 2010-present | Chris Bredie | Undergraduate | |
| 2010-present | Linda Le | Undergraduate | |
| 2010-present | Brian Pennarola | Undergraduate | |
| 2010-present | Mary Rose Branch | Undergraduate | Emory University |
| 2011-present | Rebecca DiBiase | Undergraduate | |
| 2011-present | Emma Marshall | Undergraduate | |
| 2011-present | Max Kachalov | Undergraduate | |
| 2011-present | Arya Saniee | Undergraduate | |
| 2011-present | Garrett Friedman | Undergraduate | |
| 2011-present | Lorraine Eastham | Undergraduate | |
| 2011-present | Brian Tummon | Undergraduate advisee | (Continuing) |
| 2011-present | Jae Sung Hwang | Undergraduate advisee | (Continuing) |
| 2011-present | Jordan Skeens | Undergraduate advisee | (Continuing) |
| 2011-present | Amy Thurber | Grad Student (on committee) | (Continuing) |
| 2011-present | Shoshoni Caine | Grad Student (on committee) | (Continuing) |
| 2011-present | Sarah Sundelacruz | Grad Student (on committee) | |
| 2011-present | Marie Tupaj | Grad Student (on committee) | |
| 2011-2012 | Nidhi Chillara | Undergraduate | |
| 2011-2012 | Clara Bieck | Undergraduate | |

| | | | |
|---|---|---|---|
| 2011-2012 | Victoria Tang | Undergraduate | |
| 2011-present | Xiaoteng (Allen) Su | Grad Student advisee | (Continuing) |
| 2011-present | Jessica Mustard | Grad Student | (Continuing) |
| 2011-present | Daniel Lobo | Post-doc | (Continuing) |
| 2012 | Kyle Jewhurst | Grad Student rotation | |
| 2012-present | Jean-Francois Pare | Post-doc | (Continuing) |
| 2012-present | Taylor Malone | Undergraduate | (Continuing) |
| 2012-present | Kelly G. Sullivan | Undergraduate | (Continuing) |
| 2012-present | Fallon Schuler | PhD student | (Continuint) |
| 2012-present | Jessica Mustard | PhD student | (Continuing) |
| 2012-present | Hayley Weiss | Undergraduate | (Continuing) |
| 2012-present | Allison Stradiotto | Undergraduate | (Continuing) |
| 2012-present | Elizabeth Tkachenko | Undergraduate | (Continuing) |

2012-present    Undergraduate advisees: Emma Marshall, James Holt, Justin Chang, Jordan Skeens, Je Meen Kim, Maxwell Leonhardt, Nicholas Lordi, Katherine McDonnell, Ivanna Mejia, Annaick Miller, Emily Miller, Kristine Ng Sang, Thomas Ollerhead, Sarah Perlo

## 2. Invited Lectures

<u>Local/Regional</u>

| | |
|---|---|
| 1996 | Essex Agricultural College – Workshop: "Mathematical modeling of biological systems" for undergraduate and graduate students (about 4 hours of preparation time and 2.5 hours of contact time with students). |
| 1998 | Banbury Conference on Left-Right Asymetry (Cold Spring Harbor) "Role of gap junctional communication in early left-right patterning" |
| 2000, 2001 | Tufts Medical School Seminar Series "Role of gap junctional communication and ion channels in early left-right patterning" |
| 2001, 2004 | N.E. Regional Developmental Biology meetings at Woods Hole "Biophysical signals in early left-right patterning" |
| 2003 | B.U. School of Medicine, Dept. of Biochemistry "Molecular mechanisms of left-right patterning" |
| 2003 | B.U. Dept. of Biology "Biophysical signals in early left-right patterning" |
| 2003 | B.U. Dept. of Pathology "Biophysical signals in early left-right patterning" |
| 2003 | Rhode Island College "Electric embryos: endogenous ion fluxes control morphogenesis" |
| 2003, 2004, 2005 | MIT's Whitehead Institute "Molecular mechanisms of left-right patterning" |
| 2004 | Mass. General Hospital "Electric embryos: ion transport in embryonic patterning" |
| 2004 | Harvard Medical School, Development and Neoplasia Symposium in Honor of Dr. Sklar |
| 2005 | Tufts Medical School "Bioelectrical signals in embryonic patterning" |
| 2006 | Weill Medical College, Cornell (NY) "Bioelectrical signals in embryonic patterning and regeneration" |
| 2006 | B. U. Medical Center |

| 2006 | "Biophysical controls of embryonic patterning" |
| | Middlebury College (VT) |
| | "Bioelectrical signals in embryonic patterning and regeneration" |
| 2007 | Harvard Medical School, Tissue Healing/Regeneration Symposium |
| | "Bioelectrical controls of regeneration and morphogenesis" |
| 2007 | Harvard Medical School, IDB Seminar Series |
| | "Bioelectrical controls of embryogenesis and regeneration" |
| 2009 | Boston University, "Bioelectric mechanisms of morphogenesis" |
| 2009 | Spoke at Tufts Medical School Vision Retreat |
| 2009 | Keynote Speaker at Tufts University Medical School retreat |
| 2011 | Invited seminar speaker, Center of Cancer System Biology, St. Elizabeth's Medical Center, |
| | "Bioelectric determinants of cancer" |
| 2011 | Invited seminar speaker, University of Connecticut, Department of Physiology and Neurobiology |
| | "Endogenous bioelectric signals as determinants of growth and form" |
| 2011 | Invited seminar speaker, Mount Desert Island Laboratories (Jackson Labs), Maine |
| | "Molecular bioelectricity in development, regeneration, and cancer" |
| 2011 | Invited seminar speaker, IEEE EMBS meeting, Boston |
| | "Endogenous bioelectricity in development, regeneration, and cancer: molecular mechanisms and biomedical opportunities" |
| 2011 | Invited seminar speaker, University of Massachusetts, Lowell |
| | "Endogenous bioelectricity in development, regeneration, and cancer: molecular mechanisms and biomedical opportunities" |
| 2012 | Invited seminar speaker, Maine Medical Research Institute |
| | "Endogenous bioelectricity in development, regeneration, and |
| 2012 | Invited seminar speaker, Boston University |
| | "Endogenous bioelectricity in development, regeneration, and cancer: molecular mechanisms and biomedical opportunities" |
| 2012 | Tufts University Medical Center |
| | "Bioelectrical aspects of the microenvironment in cancer" |

National

| 1999 | Chirality Congress, Orlando, Florida |
| | "Role of gap junctional communication and ion pumps in early left right patterning" |
| 1999 | Physical Regulation Society, Florida (Won "Young Investigator" prize): "Role of gap junctional communication and ion pumps in early left-right patterning" |
| 2003 | Purdue University |
| | "Electric embryos: ion transport in embryonic patterning" |
| 2004 | Johns Hopkins/Carnegie Institute |
| | "Electric embryos: ion transport in embryonic patterning" |
| 2006 | "Bioelectrical signaling in vertebrate regeneration" |
| | Society for Developmental Biology, National Meeting, |
| | Satellite symposium on biophysical signals in development |
| 2007 | **Keystone Symposium** on Tissue Engineering and Developmental Biology, Utah |

|         |                                                                                  |
|---------|----------------------------------------------------------------------------------|
|         | "Bioelectrical controls of vertebrate regeneration"                              |
| 2007    | Experimental Biology 2007 Symposium, Washington D.C.                             |
|         | "Bioelectrical controls of cell behavior"                                        |
| 2007    | Minnesota Stem Cell Institute                                                     |
|         | "Bioelectrical controls of regeneration"                                         |
| 2007    | Mayo Clinic                                                                      |
|         | "Bioelectrical controls of regeneration"                                         |
| 2008    | National Institute of Health, invited speaker at workshop                        |
|         | <u>Transforming Regenerative Medicine</u>                                        |
|         | "Epigenetic, biophysical approaches to cellular control"                         |
| 1998, 2000 | **Gordon Conferences** on Developmental Biology, Developmental                |
| 2004, 2008 | Physiology, Bioelectrochemistry; invited speaker:                             |
|         | "Gap Junctional signals in left-right patterning", "Role of ion                  |
|         | transporters in left-right patterning", "Role of ion transporters in             |
|         | regeneration of vertebrate muscle and spinal cord", "Perspectives in             |
|         | Bioelectric signaling in development and regeneration"                           |
| 2009    | Vanderbilt University, "Biophysics of embryogenesis"                             |
| 2009    | University of Utah, Neuroscience Department,                                      |
|         | "Biophysics of morphogenesis"                                                    |
| 2010    | Gordon Research Conference on Bioelectrochemistry, invited                       |
|         | speaker, "Transmembrane potential gradients as regulators of                     |
|         | regeneration, development, and neoplasm"                                         |
| 2010    | Invited seminar speaker, Ion Channel unit at Duke University, NC                 |
|         | "Ion channels and pumps as determinants of pattern formation"                    |
| 2009,2010,2011 | Invited speaker at TMEN Meeting at NIH NCI                                 |
|         | "Bioelectric determinants of cancer"                                             |
| 2010    | Invited seminar speaker, Physics Department, Yale University                     |
|         | "Bioelectric controls of cell behavior"                                          |
| 2010    | Invited seminar speaker, NIH NCI Frederick, MD                                   |
|         | "Early mechanisms of left-right patterning                                       |
| 2011    | Keynote Speaker, Gordon Research Symposium (Gordon                               |
|         | Conference)                                                                       |
| 2011    | Invited seminar speaker, Cincinnati Children's Hospital Research                  |
|         | Foundation                                                                        |
|         | "Endogenous bioelectricity in development, regeneration, and                     |
|         | cancer: molecular mechanisms and biomedical opportunities"                       |
| 2012    | Invited seminar speaker, University of Illinois, Urbana                          |
|         | "Endogenous bioelectricity in development, regeneration, and                     |
|         | cancer: molecular mechanisms and biomedical opportunities"                       |
| 2012    | Invited seminar speaker, NIH OPSO symposium                                      |
|         | "Bioelectrical signatures and regulators of carcinogenesis"                      |
| 2013    | Invited seminar speaker, Princeton University                                    |
|         | "Endogenous bioelectricity in development, regeneration, and                     |
|         | cancer: molecular mechanisms and biomedical opportunities"                       |
| 2013    | Invited seminar speaker, University of Minnesota                                 |
|         | "Endogenous bioelectricity in development, regeneration, and                     |
|         | cancer: molecular mechanisms and biomedical opportunities"                       |
| 2013    | Keynote speaker, NIH NCI's PS-OC meeting, Arizona                                |
|         | "Endogenous bioelectricity in development, regeneration, and                     |
|         | cancer: molecular mechanisms and biomedical opportunities"                       |

International

| | |
|---|---|
| 1998 | 1st World Congress on Effects of Electricity and Magnetism on the Natural World, Madeira, Portugal "Endogenous electromagnetic fields as signals in development, regeneration, and neoplasm" |
| 2001 | Juan March Conference: Left-Right Asymmetry, Madrid (Won "Best Talk" award) "Role of gap junctional communication and ion transporters in early left-right patterning" |
| 2004 | Topology and Dynamics of Signalling Processes Symposium, University of Stuttgart, Hohenheim, Germany "Ion fluxes and left-right asymmetry: the large-scale biophysics of pattern formation" |
| 2004 | Institute of Anatomy and Cell Biology, University of Freiburg, Germany "Ion transporters and embryonic left-right asymmetry" |
| 2007 | Healing Foundation Centre Opening Symposium, Manchester, U.K. "Bioelectrical controls of cell behavior and regeneration" |
| 2007 | Lectures at Oxford and National Institute of Medical Research (London) in the U.K. |
| 2008 | Max Planck Institute, and Dresden Institute of Technology (2 talks) "Endogenous bioelectric controls of regeneration" |
| 2009 | Invited speaker at the Symposium  (IGC Workshop) "Biophysical Mechanisms of Development", Gulbenkian Institute |
| 2009 | Invited speaker and session chair, "Mechanisms of Organ Regeneration in Model Systems" (organized by the Universidad Internacional de Andalucía) |
| 2009 | Invited talk, Centre de Biochimie Université de Nice - Faculté des Sciences |
| 2010 | Invited speaker at the International *Xenopus* conference, Banff, Canada, "Bioelectrical Techniques for Xenopus developmental biology" |
| 2010 | Invited speaker at SFB Developmental Biology conference, Freiburg, Germany "Ion flows as determinants of pattern in embryonic development and regeneration" |
| 2010 | Invited seminar speaker at EPFL, Lausanne, Switzerland "Bioelectrical controls of pattern in embryonic development and regeneration" |
| 2010 | Invited seminar speaker, IGPP Freiburg, Germany "Quantum mechanisms in mind-body interface in artificial intelligence" |
| 2012 | Keynote speaker, IFESS conference, Banff Canada, Awarded "Scientist of Vision" award |
| 2012 | Plenary speaker, 50th Anniversary IBBME symposium, Toronto, Canada |
| 2012 | Invited speaker, Gordon Conference, Italy "Transmembrane voltage gradients determine growth and form" |

Service to Forsyth Institute

I have served as a member on 9 Forsyth committees, made presentations to numerous potential donors at the request of the Development office, and participated in the Summer EOP program as a mentor for 4 summers. Our work has extended the research portfolio of Forsyth into new directions (basic developmental biology of laterality-based birth defects, cancer, and regenerative medicine) and generated significant publicity for the Institute both in the popular press and in science news journals (list of media pieces on our work is available upon request). We have also expanded the funding base of Forsyth to sources other than NIDCR and NIH in general, acquiring funding from other NIH Institutes and private foundations such as AHA, MOD, TMF, ACS, and others. We have also made outreach to military funding agencies such as DOD, DARPA, etc. and established collaborations that link our work at Forsyth to top-caliber researchers all over the world.

Bridging Initiatives

I attempted to build a critical mass in cell and developmental biology at Forsyth. I founded (and served as director in) the Forsyth Center for Regenerative and Developmental Biology. We obtained seed funding and completed 1 faculty recruitment. The Center, now expanded to Tufts University, can be found at http://www.cellregeneration.org and serves as a focus for funding, collaborations, and relationships with the biotechnology industry.  My goal is to leverage the discoveries made in our group by highly interdisciplinary interactions across fields and institutions.

Service to Tufts University

1. In late 2008, my lab moved to Tufts University, where I founded (and serve as Director for) The Tufts Center for Regenerative and Developmental Biology. This is an expansion of my original vision started at Forsyth, and now forms collaborations across both institutions that continue to draw the attention of students, post-docs, and the popular press. This has allowed us to move a DoD subcontract to Tufts as well initiate additional funding initiatives.
2. In 2009 I designed a course titled "Biology for Engineers" which Catherine Kuo is using in BME (ES11).
3. In 2009 I was centrally involved in writing a C06 construction proposal grant to the NIH that ultimately enabled the move of a significant portion of the department to new facilities at 200 Boston Ave.
4. Tufts Committee work:
    a. 2-4 students' Bio193/194 committees every year
    b. 2010 – BME Faculty Search Committee
    c. 2011 - Physiology recruitment search committee, Biology Department
    d. 2012 – IGERT Applications Review Committee, Program Committee

**Part III: Bibliography**                    (H-index = 31 as of 2012)

Original Articles

1. Levin M. A Julia set model of field-directed morphogenesis. **Computer Applications in the Biosciences** 1994;10(2):85-103

    *In this paper I developed a model of embryonic and regenerative patterning based on fractal (chaotic) dynamic behavior among gene interaction networks. The model included stochastic elements that allowed modeling of robustness.*

    

    The Tufts Center
    FOR REGENERATIVE AND
    DEVELOPMENTAL BIOLOGY

2. Levin M, Ernst SG. AC magnetic field effects on early sea urchin development. **Bioelectromagnetics** 1995;16:231-240

    *In this paper we uncovered the ability of weak magnetic fields to alter the rate of cell cycle in sea urchin embryos.*

19

3. Levin M. Use of Genetic Algorithms to solve biomedical Problems. **M.D. Computing** 1995;12(3):193-198

   *In this paper I demonstrated how to use an evolutionary programming strategy to uncover solutions to specific search problems in biology (e.g., identification of novel protein sequence domains.*

4. Levin M. Discontinuous and alternate q-system fractals. **Computers and Graphics** 1994; 18(6):873-884

   *In this paper I describe computer algorithms that produce fractal images in number systems where $i^2 \neq -1$.*

5. Levin M. A genetic algorithm model of the evolution of animal communication. **BioSystems** 1995;36:167-178

   *In this paper I show how mutual understanding and dialects of language systems arise in populations of interacting animals. I demonstrate that a significant degree of understanding can be reached by evolutionary pressure alone, requiring no prior agreement on the fixation of arbitrary symbol meanings.*

6. Levin M, Johnson RL, Stern CD, Kuehn M, Tabin C. A molecular pathway determining left-right asymmetry in chick embryogenesis. **Cell** 1995;82:803-814

   *This paper was significant because 1) it was the first discovery and characterization of genes which were expressed consistently-asymmetrically in embryonic development, and 2) was the first identification of a molecular pathway determining left-right asymmetry of the heart and other visceral organs. This paper identified a molecular pathway controlling the patterning of a major body axis (the left-right axis) that had never before been addressed at a molecular level. It provided the first insight into how embryos reliably orient the left-right axis, and figures from this paper now appear in all major Developmental Biology textbooks. One of the genes we identified, Nodal, was subsequently shown to be asymmetric in all vertebrates, and the elements of the pathway we identified were very informative in understanding human laterality syndromes. This work was chosen as one of the "Milestones of Developmental Biology" in the last century, by the journal Nature (see http://www.nature.com/milestones/development/milestones/) and was cited 488 times as of March 2010.*

7. Levin M, Roberts D, Holmes L, Tabin C. Laterality defects in Conjoined Twins. **Nature** 1996;385:321-

   *This paper was significant because it showed, for the first time, a molecular explanation for the fact that conjoined twins often exhibit laterality disturbances. This fact has been known to human medicine for a century, but had never been explained. Using the pathway we had discovered previously, we showed how cross-over of left-right signals randomizes one of the twins. Our work provided molecular insight into an important aspect of human teratology and showed how molecular investigation of chick embryos can underlie discoveries in the etiology of human birth defects.*

8. Levin M, Ernst SG. DC magnetic field effects on early sea urchin development. **Bioelectromagnetics** 1997;18(3):255-263

   *In this paper we show that weak static magnetic fields can disrupt the gastrulation of sea urchin development.*

9. Levin M, Pagan S, Roberts D, Cooke J, Kuehn M, Tabin C. Left/Right patterning signals and the independent regulation of different aspects of situs in the chick embryo. **Developmental Biology** 1997;189:57-67

*In this paper we show that Activin- B is the earliest known asymmetric gene in chick, and that activin and Nodal control the laterality of the heart and gut in chick embryos.*

10. Levin M. Follistatin mimics the endogenous streak inhibitory activity in early chick embryos. **International Journal of Developmental Biology** 1998;42:553-559

    *In this paper I show that the existence of exactly one primitive streak in most chick embryos is due to competition among nascent streaks, and this competition is mediated by Follistatin system.*

11. Levin M, Mercola M. Gap junctions are involved in the early generation of left right asymmetry. **Developmental Biology** 1998;203(1):90-105

    *This, and paper #14, were significant because they were the first identification of the role of gap-junctional signaling in major axial patterning. We showed that small molecule signals moving through gap junctions controlled the left-right axis. These findings 1) identified a new role for the poorly-understood gap-junction signals, 2) discovered a novel mechanism in left-right patterning which was dependent not on the well-understood receptor-mediated protein signaling factors but on small molecules transferred directly through the cytoplasm, and 3) identified a left-right mechanism which functions earlier than the asymmetric gene expression which the left-right field was focused upon by this time.*

12. Levin M, Mercola M. Events upstream of asymmetrical Nodal expression: reconciling the chick and frog. **Developmental Genetics** 1998;23(3):185-193

    *In this paper we show address a discrepancy in asymmetric sonic hedgehog/Nodal signaling between the chick and frog systems and show that explanted tissues generate a Shh-expressing (node-like) structure de novo. Thus, we showed that counter to prior proposals, an inductive signal from the midline is indeed necessary for left-sided Nodal expression in frog.*

13. Zhu L, Marvin MJ, Gardiner A, Lassar AB, Mercola M, Stern CD, Levin M. Cerberus regulates left/right asymmetry of the embryonic head and heart. **Current Biology** 1999;9(17):931-938

    *In this paper we characterize a novel asymmetric gene, Cerberus, and show that it controls the asymmetry of the heart but also head.*

14. Levin M, Mercola M. Gap Junction-Mediated Transfer of Left-Right Patterning Signals in the Early Chick Blastoderm is Upstream of Shh Asymmetry. **Development** 1999;126 4703-4714

    *This, and paper #11, were significant because they were the first identification of the role of gap-junctional signaling in major axial patterning. We showed that physiological signals moving through gap junctions controlled the left-right axis. These findings 1) identified a new role for the poorly-understood gap-junction signals, 2) discovered a novel mechanism in left-right patterning which was dependent not on the well-understood receptor-mediated protein signaling factors but on small molecules transferred directly through the cytoplasm, and 3) identified a left-right mechanism which functions earlier than the asymmetric gene expression which the left-right field was focused upon by this time.*

15. Levin M, Mercola M. Expression of Connexin30 in *Xenopus* embryos and its involvement in hatching gland function. **Developmental Dynamics** 2000;219(1):96-101

    *In this paper we showed that gap junctional communication among hatching gland cells is required for secretion of hatching enzyme and subsequent embryonic hatching.*

21

16. Levin M, Thorlin T, Robinson K, Nogi T, Mercola M., $H^+/K^+$-ATPase activity comprises an early step of left-right asymmetry during development. **Cell** 2002;111:77-89

*This paper showed that membrane voltage changes driven by the H,K-ATPase pump were responsible for extremely early steps in left-right patterning in both chick and frog embryos. This paper was significant because 1) it pioneered the concept of the reverse drug screen, showing that specific electrogenic gene products can be rapidly implicated in any patterning process using our strategy, 2) showed that the frog embryo aligns its left-right axis within 2 hours of fertilization, \*much\* earlier than previously believed in the field, 3) showed that mRNAs for ion pumps are asymmetrically localized at the 4-cell stage, indicating a completely novel aspect of mRNA localization and subcellular zipcodes, and 4) served as a proof-of-principle of how physiological and bioelectrical approaches can be merged with molecular genetics to understand biophysical, epigenetic aspects of patterning. This is an extremely important, but poorly-understood, aspect of biology. The screen we performed identified 4 targets. The first one is reported in this paper. Data on the other three represent an additional 5 papers in this series that are currently in various stages of preparation/review. Following up on our work, a number of labs have now identified similar mechanisms functioning in a wide variety of invertebrate and vertebrate organisms.*

17. Rutenberg J, Cheng SM, Levin M. Early embryonic expression of ion channels and pumps in chick and *Xenopus* embryogenesis. **Developmental Dynamics** 2002; 225(4):469-484

*In this paper we analyzed expression of a number of important ion channel and pump genes and showed that early embryos exhibit a dynamic profile of ion transporter expression that can underlie very rich patterns of physiological gradients during development.*

18. Cheng SM, I. Chen I, Levin M.  $K_{atp}$ channel activity is required for hatching in *Xenopus*. **Developmental Dynamics** 2002; 225(4):588-591

*In this paper we show that ATP-sensitive potassium channel function is required for the function of the hatching gland in frog embryos.*

19. Bunney TD, De Boer AH, Levin M. Fusicoccin signaling reveals 14-3-3 protein function as a novel step in left-right patterning during amphibian embryogenesis. **Development** 2003;130:4847-4858

*This paper showed that the 14-3-3e gene product was involved in determining left-right asymmetry in very early frog embryos. This is extremely significant because the 14-3-3e protein is homologous to the PAR gene family, which is crucial to establishing cell polarity in C. elegans and Drosophila. Thus, this paper indicates a deep conservation between mechanisms establishing polarity on a cellular level in invertebrates and patterning across a major body axis in vertebrates. Such a concordance across phyla is very important for understanding the evolution of patterning control mechanisms and we here identify a gene product that serves as the first molecular entry-point to future studies to explore these fundamental mechanisms.*

20. Levin M. A novel immunohistochemical method for evaluation of antibody specificity and detection of labile targets in biological tissue. **Journal of Biophysical and Biochemical Methods** 2004;58:85-96

*In this paper I developed a novel method for immunohistochemical sectioning of embryonic tissue, which is also useful for characterizing antibody specificity. I also revealed that several commonly-used commercial antibodies for serotonin in fact do not distinguish between 5HT and its related metabolites.*

21. Nogi T., Yuan Y., Sorocco D., Perez-Tomas R., Levin M. Eye regeneration assay reveals an invariant functional left-right asymmetry in an early bilaterian, D. japonica. **Laterality** 2005; 10(3): 193-205

> *This paper demonstrated the existence of a cryptic left-right asymmetry in regeneration of the visual system of planaria – an organism that has always been considered to be left-right symmetrical.*

22. Fukumoto T., Levin M. Asymmetric expression of Syndecan-2 in early chick embryogenesis. **Mechanisms of Development Gene Expression Patterns** 2005; 5: 525-528

> *In this paper we showed that the Syndecan-2 gene product is asymmetrically expressed in chick embryos during gastrulation, suggesting that unlike in frog, where syndecan asymmetry appears to function at the level of phosphorylation, the chick utilizes transcriptional control.*

23. Fukumoto T., Kema I., Levin M. Serotonin signaling is a very early step in patterning of the left-right axis in chick and frog embryos. **Current Biology** 2005; 15: 794-803

> *This paper, and its companion paper #27, is very significant because it (1) revealed a new role for the medically important neurotransmitter serotonin, (2) showed that serotonin has functions long prior to the appearance of the embryonic nervous system, (3) characterized a novel left-right patterning mechanism (cell:cell communication via serotonin signals) functioning during cleavage stages, (4) provided evidence that the long-sought gap junction-permeant morphogen working in LR patterning is indeed serotonin, (5) suggested the existence of novel cytoplasmic receptors in addition to the known cell-membrane serotonin receptor proteins, and (6) identified a possible class of teratologies arising from commonly-used pharmaceutical drugs such as Prozac$^{tm}$.*

24. Qiu D., Cheng S.M., Wozniak L., McSweeney M., Perrone E., Levin M. Localization and loss-of-function implicates ciliary proteins in early, cytoplasmic roles in left-right asymmetry. **Developmental Dynamics** 2005; 234: 176-189

> *In this paper we provide evidence that the proteins involved in LR asymmetry assumed to be involved in ciliary function by many biologists in fact are present cytoplasmically in early frog embryos and exhibit important left-right asymmetries in both chick and frog, supporting our model of early LR determination by intracellular transport of specific proteins. We also demonstrate that, consistent with this model, actin cytoskeleton organization is functionally required for normal LR asymmetry.*

25. Shin J-B., Adams D., Paukert M., Siba M., Sidi S., Levin M., Gillespie P. G., Grunder S. Xenopus TRPN1 (NOMPC) localizes to microtubule-based cilia. **P.N.A.S.** 2005; 102(35): 12572–12577

> *In this paper, we show that NOMPC localizes to cilia in inner-ear hair cells of the frog embryo.*

26. Gamer L. W., Nove J., Levin M., Rosen V. BMP-3 is a novel inhibitor of both activin and BMP-4 signaling in Xenopus embryos. **Developmental Biology** 2005; 285(1): 156-68

> *In this paper we identify BMP-3 as a novel antagonist of both activin and BMPs and uncover how some of the diverse developmental processes that are regulated by both activin and BMP signaling can be modulated during embryogenesis.*

27. Fukumoto T., Blakely R., Levin M. Serotonin transporters are a conserved, early mechanism in left-right patterning. **Developmental Neuroscience** 2005; 27(6): 349 – 363

> *In this paper we demonstrate for the first time that the medically-important serotonin transporters, SERT (Prozac target) and VMAT are involved in embryonic left-*

*right patterning, identifying a new step in establishment of laterality and uncovering a potential source of birth defects for a common antidepressant medication.*

28. Nogi T., Levin M. Characterization of innexin gene expression and functional roles of gap-junctional communication in planarian regeneration. **Developmental Biology** 2005; 287: 314 – 335

   *In this paper, we clone and characterize for the first time the whole family of gap junction genes (innexins) in planaria, and show that gap junction-mediated signals are required for the proper determination of anterior-posterior polarity during regeneration.*

29. Hibino T., Yuichiro I, Levin M., Nishino A. Ion flow regulates left-right asymmetry in sea urchin development. **Development**, **Genes and Evolution** 2006; 216(5): 265-76

   *In papers 29 and 30, we collaborate with two invertebrate labs to show that ion flow-based LR asymmetry mechanisms that we discovered in chick and frog indeed also are conserved to invertebrates, suggesting that these physiological mechanisms are much more widely conserved throughout phyla than the proposed ciliary flow mechanisms.*

30. Shimeld S. M., Levin M. Evidence for the regulation of left-right asymmetry in Ciona intestinalis by ion flux. **Developmental Dynamics** 2006; 235(6): 1543-1553

   *In this paper, we demonstrate a role for ion flux in the regulation of left-right asymmetry in the sea squirt Ciona, and show a conserved, ancestral role for the H/K-ATPase ion pump in this process.*

31. Adams D.S., Robinson K.R., Fukumoto T., Yuan S., Yelick P., Kuo L., McSweeney M., Levin M., Early, $H^+$-V-ATPase-dependent proton flux is necessary for consistent left-right patterning of non-mammalian vertebrates. **Development** 2006; 133: 1657-1671

   *In this paper, we (1) identify and characterize a new ion flow component of left-right asymmetry, the V-ATPase $H^+$ pump, (2) demonstrate how endogenous voltage and pH gradients can be characterized and their individual functions isolated by specific molecular reagents, (3) show that V-ATPase roles are conserved to chick, frog, and zebrafish (this is the only LR mechanism that has been explored in all three species, providing a high degree of needed information about the evolution of these mechanisms, and (4) link this mechanism to serotonergic signaling and ciliary function, providing a more complete picture of the early steps of the LR pathway in vertebrates. This paper was rated 9.0 ("exceptional") by Faculty 1000 (http://www.f1000biology.com/article/id/1030540/evaluation#cite ).*

32. Hicks C., Sorocco D., Levin M. Automated Analysis of Behavior: A Computer-Controlled System for Drug Screening and the Investigation of Learning. **Journal of Neurobiology** 2006; 66(9): 977-90

   *This paper presents the development of a new, automated, 2nd-generation platform for the analysis of small animal memory and behavior, and describes a dataset of novel information about planarian memory and heritability of various behavioral properties. We constructed a computer-controlled device that allows the user to individually control the environment of, and monitor, a set of animals in parallel. We have used this with planaria, zebrafish larvae, and tadpoles, to analyze behavior in organisms with a modified nervous system structure.  This system enables an unlimited number of learning paradigms to be used and offers the field the ability to 1) analyze behavior in an objective way not subject to experimenter effects, 2) document all of the data in movies of each animal's chamber and Excel files, making it easy to share datasets and have primary data analyzed by other groups, 3) analyze animals in parallel allowing statistically-valid conclusions and powerful controls such as yoked, 4) allow students and other labs to interact with the behavioral experiments remotely over the internet, and 5) perform drug screens for novel*

*reagents with complex neuroactive properties (such as nootropic drugs that increase learning ability and memory retention). This paper is an example of our lab's application of our interdisciplinary approaches (engineering, computer science, biology, ethology) to other fields than developmental biology.*

33. Esser A. T., Smith K. C., Weaver J. C., Levin M. A Mathematical Model of Morphogen Electrophoresis through Gap Junctions. **Developmental Dynamics** 2006; 235: 2144-2159

*Our prior work enabled all of the important components of early LR signaling to be determined <u>quantitatively</u>. This is a very unusual opportunity in developmental biology, especially as regards model systems other than Drosophila. This paper presents a mathematical/computer model of serotonin movement through gap junctions in early frog embryos; it is important because it 1) demonstrates how early physiological data can be integrated with molecular biology to construct a predictive, quantitative model of embryonic patterning, 2) shows that our previous models of gap junctional communication in LR asymmetry can work using realistic quantitative measurements, 3) makes predictions which suggest new experiments for the field, and 4) illustrates the highly-interdisciplinary integrative approach of our lab to the problem of biological pattern formation.*

34. Adams D. S., Levin M. Inverse Drug Screens: a rapid and inexpensive method for implicating molecular targets. **Genesis** 2006; 44: 530-540

*Here, we show how a tiered (tree-based) inverse screening approach can capitalize on the huge numbers of pharmacological reagents of differing specificity to rapidly and inexpensively identify specific gene products in any assay. The method logarithmically converges on high-value candidates and is ideal for probing roles of ion transporters, neurotransmitters, and many other pathways in novel morphogenetic contexts.*

35. Tseng, A-S., Adams, D. S., Qiu, D., Koustubhan, P., Levin, M. Apoptosis is required during early stages of tail regeneration in Xenopus laevis. **Developmental Biology** 2006; 301: 62-69

*This paper shows that, surprisingly, programmed cell death of a small group of cells is required for regeneration of spinal cord and muscle. This opens the opportunity to characterize a cell population that is normally inhibitory for regeneration (and removal of which might be a useful strategy for clinical augmentation of regeneration).*

36. Adams, D. S., Masi, A., and Levin, M. $H^+$ Pump-dependent changes in membrane voltage are an early mechanism necessary and sufficient to induce tail regeneration. **Development** 2007; 134: 1323-1335

*This paper, for the first time, identifies the specific ion transporter responsible for the unique regeneration-dependent changes in voltage gradients in regenerating tissue. We show that regeneration of spinal cord and muscle can be induced by genetic modulation of $H^+$ flux and transmembrane potential. This paper was selected by Science as an "Editor's Choice" and a story on this paper featured on the front page of the Nature website. It was also chosen by "Faculty of 1000 Biology". Publicity included coverage for Forsyth in the Boston Globe, New Scientist, and other media outlets.*

37. Oviedo, N. J., Levin, M.  Smed-inx11 is a Planarian Stem Cell Gap Junction Gene Required for Regeneration and Homeostasis", **Development** 2007; 134: 3121-3131

*This paper, for the first time, demonstrates that gap junctional communication is crucial for the information passed between adult stem cells and their niche during regeneration, and link stem cell behavior to large-scale axial pattern in the adult animal. Publicity included coverage in Nature (02 August 2007 Volume 448 Number 7153, p. 522)*

25

38. Aw, S., Adams, D. S., Qiu, D., and <u>Levin, M.</u>, (2007), "H,K-ATPase protein localization and Kir4.1 function reveal concordance of 3 axes during early determination of left-right asymmetry", **Mechanisms of Development**, 125: 353-372.

    *This paper was recommended by "Faculty of 1000 Biology" and got an award as a top-cited article for 2008-2010 from Mechanisms of Development. Here, we reveal the details of the physiological circuit which uses a potassium channel to generate transmembrane voltage gradients from the electroneutral hydrogen/potassium exchanger, and show for the first time that the early cytoskeleton in Xenopus embryos has an endogenous left-right bias that results in asymmetric distribution of molecular motor cargo.*

39. Morokuma, J., Blackiston, D., and <u>Levin, M.</u>, (2008), "KCNQ1 and KCNE1 $K^+$ channel components are involved in early left-right patterning in *Xenopus* embryos", **Cellular Physiology and Biochemistry**, 21: 357-372

    *In this paper, we implicate a new potassium channel in left-right asymmetry of frog development.*

40. Morokuma, J., Blackiston, D., Adams, D. S., Trimmer, B., and <u>Levin, M.</u>, (2008), "Modulation of $K^+$ channel confers a hyper-proliferative, invasive phenotype on embryonic stem cells", **PNAS**, 105(43): 16608-16613

    *In this paper, we show for the first time that depolarization of neighboring cells can confer a neoplastic-like phenotype upon normal melanocytes. This not only shows a novel pathway to melanoma but also illustrates a more general paradigm for how bioelectrical cues in the microenvironment can activate the stem cell $\rightarrow$ cancer cell transition and coordinate the behavior of stem cells in vivo.*

41. Sundelacruz, S., <u>M. Levin</u>, and D. L. Kaplan, (2008), "Membrane potential controls adipogenic and osteogenic differentiation of mesenchymal stem cells", **PLoS One**, 3(11): e3737, 1-15

    *In this paper, we show that the differentiation state of human mesenchymal stem cells in culture can be controlled by manipulation of their transmembrane voltage potential, identifying bioelectric state as a novel and tractable control point for modulating hMSC behavior.*

42. Oviedo, N. J., Nicolas, C. L., Adams, D. S., and Levin, M., (2008), "Live imaging of planarian membrane potential using DiBAC4(3)", **Cold Spring Harbor Protocols**, doi:10.1101/pdb.prot5055

43. Oviedo, N. J., Nicolas, C. L., Adams, D. S., and Levin, M., (2008), "Gene knockdown in planarians using RNA interference", **Cold Spring Harbor Protocols**, doi:10.1101/pdb.prot5054

44. Oviedo, N. J., Nicolas, C. L., Adams, D. S., and Levin, M., (2008), "Establishing and maintaining a colony of planarians", **Cold Spring Harbor Protocols**, doi:10.1101/pdb.prot5053

45. Zhang, Y., and <u>M. Levin</u>, (2009), "Particle tracking model of electrophoretic morphogen movement reveals stochastic dynamics of embryonic gradient", **Developmental Dynamics**, 238(8): 1923-1935

    *In this paper we presented a particle-tracking model of serotonin movement during early left-right patterning, uncovering some unexpected properties of the gradient's dependence on physiological state of the blastomeres and making specific quantitative predictions.*

46. Zhang, Y., and <u>M. Levin</u>, (2009), "Left-right asymmetry in the chick embryo requires core planar cell polarity protein Vangl2, **Genesis**, 47(11): 719-728

*Although a link between planar cell polarity and left-right asymmetry has been suggested, this is the first study showing that LR asymmetry is specifically dependent on PCP. Moreover, we showed this in the chick – a species which does not utilize cilia for LR asymmetry, disproving the popular model that PCP is important in left-right patterning by virtue of positioning ciliary axes.*

47. N. Oviedo, J. Morokuma, P. Walentek, I. Kema, et al., M. Levin, (2010), "Long-range Neural and Gap Junction Protein-mediated Cues Control Polarity During Planarian Regeneration", **Developmental Biology**, 339: 188-199 *[ Cover ]*

     *In this paper we show that gap-junction mediated signaling, together with CNS-mediated signals, is the basis for long-range communication enabling wounds to determine their orientation and position (required for proper regenerative polarity). Moreover, we discovered a striking phenomenon: very transient physiological modulation of GJ states is able to alter the "target morphology" of these animals, resulting in 2-headed animals that regenerate as bipolar 2-headed forms upon subsequent amputations. This reveals a novel paradigm for permanet, radical changes of body architecture and behavior by altering information resident in physiological networks (allowing, for the first time, a molecular entrypoint into the storage of an organism's "target morphology"). This change does not affect DNA, and yet is stable across the normal reproductive mode of this animal (fission+regeneration), suggesting a new type of epigenetic speciation mechanism.*

48. Vandenberg, L. N., and M. Levin, (2010), "Consistent left-right asymmetry cannot be established by late organizers in Xenopus unless the late organizer is a conjoined twin", **Development**, 137(7):1095-105 *[ Cover ]*

     *In this paper, we address the question of how embryonic organizers bisect themselves to derive a midline with respect to which left-right asymmetry can be established. Using a novel organizer ablation/twin induction assay, we show that organizers forming after the first few cleavages cannot orient correct laterality, unless an early organizer is already present elsewhere in the embryo. These data demonstrate that, counter to the ciliary models of LR initiation, the events occurring during the earliest events after fertilization are required for normal asymmetry, and uncover a completely novel interaction between conjoined twins where one organizer is able to correctly instruct the other organizer as to its left-right orientation within the host.*

49. Aw, S., Koster, J., Pearson, W., Nicols, C., Shi, N. Q., Carneiro, K., and Levin, M., (2010), "The ATP-sensitive K$^+$-channel (KATP) controls early left-right patterning in Xenopus and chick embryos", **Developmental Biology**, 346: 39-53

50. Tseng, A-S., Beane, W. S., Lemire, J. M., Masi, A., and M. Levin, (2010), "Induction of vertebrate regeneration by a transient sodium current", **Journal of Neuroscience**, 30(39): 13192-13200 *[ cover ]*

51. Hechavarria, D., Dewilde, A., Braunhut, S., Levin, M., and Kaplan, D. K., (2010), "BioDome regenerative sleeve for biochemical and biophysical stimulation of tissue regeneration", **Medical Engineering and Physics**, 32: 1065-1073

52. Blackiston, D., Adams, D. S., Lemire, J. M., Lobikin, M., and Levin, M., (2011), "Transmembrane potential of GlyCl-expressing instructor cells induces a neoplastic-like conversion of melanocytes via a serotonergic pathway", **Disease Models and Mechanisms**, 4: 67-85

53. Beane, W. S., Morokuma, J., Adams, D. S., and Levin, M., (2011), "A chemical genetics approach reveals H,K-ATPase-mediated membrane voltage is required for planarian head regeneration", **Cell Chemistry and Biology**, 18: 77-89

54. Blackiston, D., Shomrat, T., Nicolas, C. L., Granata, C., and Levin, M., (2011), "A second-generation device for automated training and quantitative behavior analyses of molecularly-tractable model organisms", **PLoS One**, 5(12): e14370 (p. 1-20)

55. Blackiston, D., Vandenberg, L. N., and Levin, M., (2010), "High-throughput Xenopus laevis immunohistochemistry using agarose sections", **Cold Spring Harbor Protocols**, doi:10.1101/pdb.prot5532

56. Lange, C., Prenninger, S., Knuckles, P., Taylor V., Levin, M., and Calegari, F., (2011), "The H$^+$ Vacuolar ATPase Maintains Neural Stem Cells in the Developing Mouse Cortex", **Stem Cells and Development**, 20(5): 1-8

57. Carneiro, K., et al., and M. Levin, (2011), "Histone deacetylase activity is necessary for left-right patterning during vertebrate development", **BMC Developmental Biology**, **11:**29doi:10.1186/1471-213X-11-29 [ *Recommended by F1000, "Highly Cited" at BioMed Central* ]

57. Vandenberg, L. N., B. W. Pennarola, and M. Levin, (2011), "Low frequency vibrations disrupt left-right patterning in the *Xenopus* embryo", **PLoS One**, 6(8): e23306

58. Mondia, J. P., Adams, D. S., Orendorff, R. D., Levin, M., and Omenetto, F., (2011), "Patterned femtosecond-laser ablation of *Xenopus laevis* melanocytes for studies of cell migration, wound repair, and developmental processes", **Biomedical Optics Express**, 2(8): 2383-2391

59. Mondia, J. P., Levin, M., Omenetto, F. G., Orendorff, R. D., Branch, M. R., and Adams, D. S., (2011), "Long-distance signals are required for morphogenesis of the regenerating *Xenopus* tadpole tail", **PLoS One**, 6(9): e24953. doi:10.1371/journal.pone.0024953

59. Tseng, A.S., Carneiro, K., Lemire, J. M., and M. Levin, (2011), "HDAC activity is required during Xenopus tail regeneration", **PLoS One**, 6(10): e26382-. doi:10.1371/journal.pone.0026382

60. Vandenberg, L. N., and M. Levin, (2011), "Polarity proteins are required for left-right axis orientation and twin-twin instruction", **Genesis**, 50: 219-234

61. Pai, V. P., Aw. S., Shomrat, T., Lemire, J. M., and M. Levin, (2012), "Transmembrane voltage potential controls embryonic eye patterning in *Xenopus laevis*", **Development**, 139: 313-323 *[ F1000 rating Exceptional ]*

62. Adams, D. S., and M. Levin, (2012), "General principles for measuring resting membrane potential and ion concentration using fluorescent bioelectricity reporters", **CSHL Protocols**, doi: 10.1101/pdb.top067710

63. Adams, D. S., and M. Levin, (2012), "Measuring resting membrane potential using the fluorescent voltage reporters DiBAC4(3) and CC2-DMPE", **CSHL Protocols**, doi: 10.1101/pdb.prot067702 *[ cover ]*

64. Blackiston, D. J., and M. Levin, (2012), "Aversive training methods in Xenopus laevis: general principles", **CSHL Protocols**, doi: 10.1101/pdb.top068338

65. Beane, W. S., Tseng, A-S, Morokuma, J., and M. Levin, (2012), "Inhibition of planar cell polarity extends neural growth during regeneration, homeostasis, and development", **Stem Cells and Development**, 21(12): 2085-2094 *[ Most Read Article ]*

67. Chernet, B. T., Adams, D. S., and M. Levin, (2012), "Photoconversion for Tracking the Dynamics of Cell Movement in *Xenopus laevis* Embryos", **CSHL Protocols**, 10.1101/pdb.prot068502 *[ cover ]*

68. Chernet, B. T., and M. Levin, (2012), "A versatile protocol for mRNA electroporation of Xenopus laevis embryos", **CSHL Protocols**, doi: 10.1101/pdb.prot067694

69. Vandenberg, L., Adams, D. S., and M. Levin, (2012), "Normalized shape and location of perturbed craniofacial structures in the Xenopus tadpole reveal an innate ability to achieve correct morphology", **Developmental Dynamics**, 241: 863-878 *[ Highlighted ]*

28

70. Tseng, A-S., and M. Levin, (2012), "Transducing bioelectrical signals into epigenetic pathways during tadpole tail regeneration", **Anatomical Record**, 295:1541-1551

71. Lobikin, M., Wang, G., Xu, J-S, Hsieh, Y-W, Chuang, C-F, Lemire, J. M., and M. Levin, (2012), "Early, non-ciliary role for microtubule proteins in left-right patterning is conserved across kingdoms", **PNAS**, 109(31): 12586-12591

72. Vandenberg, L. N., Stevenson, C., and M. Levin, (2012), "Low frequency vibrations induce malformations in two aquatic species in a frequency-, waveform-, and direction-specific manner", **PLoS One**, 7(12): e51473. doi:10.1371/journal.pone.0051473

73. Lobo, D., Malone, T. J., and Levin, M., (2012), "Towards a bioinformatics of patterning: a computational approach to understanding regulative morphogenesis", **Biology Open**, in press

74. Blackiston, D. J., and Levin, M., (2012), "Ectopic eyes out side the head in Xenopus tadpoles provide sensory data for light-mediated learning", **Journal of Experimental Biology**, in press

75. Pai, V. P., Vandenberg, L. N., Blackiston, D. J., and Levin, M., (2012), "Neurally-derived tissues in *Xenopus laevis* embryos exhibit a consistent bioelectrical left-right asymmetry", **Stem Cells International**, Vol. 2012, doi: 10.1155/2012/353491

76. Koustubhan, P., Kaplan, D., and Levin, M., (2012), "Humane anesthesia and pain management in amphibian limb surgery of *Rana pipiens*", **CSHL Protocols**, in press

77. *Lobikin, M., Chernet, B., Lobo, D., and Levin, M.,* (2012), "Resting potential, oncogene-induced tumorigenesis, and metastasis: the bioelectric basis of cancer *in vivo*", **Physical Biology**, 9: 065002   *[ cover ]*

78. Vandenberg, L. N., Morrie, R. D., Seebohm, G., Lemire, J. M., and Levin, M., (2012), "Rab GTPases are required for early orientation of the left-right axis in Xenopus", **Mechanisms of Development**, in press

79. Beane, W. S., Morokuma, J., Lemire, J. M., and Levin, M., (2013), "Bioelectric signaling regulates head and organ size during planarian regeneration", **Development**, 140:313-322

80. Vandenberg, L. N., Lemire, J. M., and M. Levin, (2013), "Serotonin has early, cilia-independent roles in Xenopus left-right patterning", **Disease Models and Mechanisms**, 6: 261-268

81. Lobo, D., Malone, T. J., and M. Levin, (2013), "Planform: an application and database of graph-encoded planarian regenerative experiments", **Bioinformatics,** doi: 10.1093/bioinformatics/btt088 *[ cover ]*

82. Adams, D. S., Tseng, A-S. and M. Levin, (2013), "Light-activation of the Archaerhodopsin H$^+$ pump reverses age-dependent loss of vertebrate regeneration: sparking system-level controls in vivo", **Biology Open**, in press


Peer-reviewed Hypotheses Papers, Reviews, and Book Chapters

1. Levin M. Current and potential applications of bioelectromagnetics in medicine. **ISSEEM Journal** 1993;4(1):77-87

2. Levin M. Locating putative protein signal sequences using genetic algorithms. In: Applications Handbook of Genetic Algorithms; vol. 2. Florida: CRC Press; 1995. p. 53-66.

3. Levin M. Left-Right Asymmetry in Embryonic Morphogenesis. **BioEssays** 1997;19(4): 287-296

4. Levin M, Nascone N. Two models of initial Left-Right asymmetry determination. **Medical Hypotheses** 1997;49:429-435

5. Levin M. Left-Right asymmetry and the chick embryo. **Seminars in Developmental Biology** 1998;9:67-76

29

6.  Levin M, Mercola M. The compulsion of chirality. **Genes & Development** 1998; 12:763-769

7.  Levin M. Left-right asymmetry in animal embryogenesis. In: Palyi G, Zucchi C, Caglioti L, editors. Advances in Biochirality.  Amsterdam: Elsevier; 1999. p. 137-52.

8.  Levin M. Twinning and embryonic left-right asymmetry. **Laterality** 1999 4(3):197-208
    *In this paper I review the relationship between twinning and embryonic laterality and present some novel interpretations of clinical data shedding new light on left-right asymmetry.*

9.  Levin M. Endogenous electromagnetic fields and radiations in regeneration, development, and neoplasm. Proceedings of the First World Congress on the Effects of Electricity and Magnetism in the Natural World; 1999; Madeira, Portugal.

10. Levin M. Asymmetry of body and brain: embryological and twin studies. In: Smelser N, Baltes P, editors. International Encyclopedia of the Social and Behavioral Sciences. Oxford: Elsevier; 2001. p. 853-9.

11. Mercola M, Levin M. Left-Right asymmetry determination in vertebrates. **Annual Review of Cell and Developmental Biology** 2001;17:779-805

12. Levin M. Gap-junctional communication and embryonic development. **Journal of Membrane Biology** 2002;185(3):177-192

13. Levin M. Electromagnetic fields in morphogenesis. **Bioelectromagnetics** 2003;24:295-315

14. Levin M. Motor protein control of ion flux is an early step in embryonic Left-Right asymmetry. **BioEssays** 2003; 25(10):1002-1010
    *This paper was significant because it presented a controversial hypothesis in the field of left-right asymmetry. Much of the field is currently focused on the role of cilia in initiating asymmetry, and a number of review publications and books in various fields treat the issue as if it were solved. In this highly controversial paper, I pointed out a number of important reasons why the role of cilia in organisms other than mouse is highly questionable, and discussed the fact that no data actually indicate that cilia \*initiate\* asymmetry. I proposed a different model, consistent with more of the data from a variety of animal systems. The paper was important because it brought to people's attention crucial facts that are rarely discussed in the literature, and highlighted a controversy which addresses important aspects of embryonic development.*

15. Adams D, Levin M. Embryonic left-right asymmetry. In: Gastrulation, Stern C editor. Cold Spring Harbor Press; 2004. p. 403-417

16. Levin M. The embryonic origins of left-right asymmetry. **Critical Reviews in Oral Biology and Medicine** 2004;15(4):197-206

17. Levin M. Left-right asymmetry in embryonic development: a comprehensive review. **Mechanisms of Development** 2005; 122(1): 3-25   *[ A Top Downloaded article ]*

18. Levin M., Lauder J., Buznikov G. Of minds and embryos: Left-Right asymmetry and the serotonergic controls of pre-neural morphogenesis. **Developmental Neuroscience** 2006; 28:171-185

19. Adams D., Levin M. Strategies and techniques for investigation of biophysical signals in patterning. In: Analysis of Growth Factor Signaling in Embryos, M. Whitman and A. K. Sater eds. 2006. 177-214, Methods in Signal Transduction Series, CRC Press
    *This chapter was written in response to many labs requesting us for advice on how to integrate physiology into developmental biology work. We give theory, protocols, and trouble-shooting information sufficient for any group to begin to study the role of small molecule movement and bioelectrical activity in their process of interest. This information is not available anywhere else.*

20. Levin M. Is the Early Left-Right Axis like a Plant, a Kidney, or a Neuron? The Integration of Physiological Signals in Left-Right Asymmetry. **Birth Defects Research** (Part C). 2006. 78: 191-223

21. Koustubhan P., Sorocco D., Levin M. Establishing and maintaining a Xenopus laevis colony for research laboratories. In: Source Book of Models for Biomedical Research, M. Conn ed. 2007. Humana Press

22. Levin M., Palmer R. Left-right patterning from the inside out. **BioEssays** 2007. 29: 271-287

23. Levin M., Gap junctional signaling in morphogenesis. **Progress in Biophysics and Molecular Biology** 2007; 94 (1-2): 186-206

24. Levin, M. Large-scale biophysics: ion flows and regeneration. **Trends in Cell Biology** 2007; 17(6): 262-271

25. Oviedo, N., and Levin, M. Gap Junctions provide new links in Left-Right patterning. **Cell** 2007; 129: 645-647

26. Ingber, D., and Levin, M. The regenerative medicine pipeline: developmental biology, stem cells and tissue engineering. **Development** 2007; 134: 2541-2547 *[Cover]*

27. Oviedo, N., and Levin, M., (2008), "The planarian regeneration model as a context for the study of drug effects and mechanisms", in Planaria: A Model for Drug Action and Abuse, Raffa RB & Rawls SM (eds), RG Landes Co.: Austin

28. Nicolas, C.L., Abramson, C.I., and Levin, M. (2008), "Analysis of behavior in the planarian model", in Planaria: A Model for Drug Action and Abuse, Raffa RB & Rawls SM (eds), RG Landes Co.: Austin

29. Aw S and Levin M, (2009), "Molecular mechanisms establishing consistent left–right asymmetry during vertebrate embryogenesis" in The Sinister Right Hemisphere: Cerebral lateralization and its possible role in psychosis, ed. Iris E. C. Sommer and René S. Khan. Published by Cambridge University Press, in press

30. Aw, S., and Levin, M., (2008), "What's Left in Asymmetry?", **Developmental Dynamics**, 237: 3453-3463
    *In this paper, we highlight some of the crucially important aspects of LR asymmetry that are highlighted in human clinical data but are experimentally neglected because none of the popular model systems allow them to be addressed.*

31. Oviedo, N., Nicolas, C. L., Adams, D. S., and Levin, M. (2008), "Planarians: a versatile and powerful model system for molecular studies of regeneration, adult stem cell regulation, aging, and behavior", in Emerging Model Organisms, Cold Spring Harbor Press

32. Tseng, A-S., and Levin, M., (2008), "Tail regeneration in *Xenopus* laevis as a model for understanding tissue repair", **Critical Reviews in Oral Biology and Medicine**, 87(9): 806-816

33. Aw, S., and Levin, M., (2009), "Is LR asymmetry a form of planar cell polarity?", **Development**, 136: 355-366
    *In this very provocative hypothesis paper, we argue for an alternative interpretation of data in the field of LR asymmetry, and suggest that laterality is a kind of planar polarity, as well as proposing that the cue for orienting PCP with respect to the major axes of an organism is performed not by the long-sought external factor gradient but by intracellular chirality.*

34. Vandenberg, L., and Levin, M., (2008), "Perspectives and open problems in the early phases of left-right patterning", **Seminars in Cell and Developmental Biology**, 20: 456-463

35. Levin, M., (2009), "Errors of Geometry: regeneration in a broader perspective", **Seminars in Cell and Developmental Biology**, 20(6): 643-645

36. Levin, M., (2009), "Bioelectric mechanisms in regeneration: unique aspects and future perspectives", **Seminars in Cell and Developmental Biology**, 20: 543-556

37. Sundelacruz, S., Levin M., Kaplan, D. L., (2009), "Role of membrane potential in the regulation of cell proliferation and differentiation", **Stem Cell Reviews**, 5(3): 231-46

38. Blackiston, D. J., K. McLaughlin, and Levin, M., (2009), "Bioelectric controls of cell proliferation: ion channels, membrane voltage, and the cell cycle", **Cell Cycle**, 8(21): 3527-3536   *[ Cover ]*

39. Levin, M., (2011), Endogenous Bioelectric Signals as Morphogenetic Controls of Development, Regeneration, and Neoplasm", in The Physiology of Bioelectricity in Development, Tissue Regeneration, and Cancer, C. Pullar ed., CRC Press

40. Vandenberg, L. N., and Levin, M., (2010), "Far from solved: a perspective on what we know about early mechanisms of left-right asymmetry", **Developmental Dynamics**, 239: 3131-3146   [ *Cover* ]

41. Levin, M., (2011), "The wisdom of the body: future techniques and approaches to morphogenetic fields in regenerative medicine, developmental biology, and cancer", **Regenerative Medicine**, 6(6): 667-673

42. Levin, M. (2011), "Endogenous bioelectrical signals in development, regeneration, and neoplasm", in (ed.), Topical Talks: The Biomedical & Life Sciences Collection, Henry Stewart Talks Ltd, London

43. Levin, M., (2012), "Molecular bioelectricity in developmental biology: new tools and recent discoveries", **BioEssays**, 34(3): 205-217   *[ cover ]*

44. Adams, D. S., and Levin, M., (2012), "Endogenous Voltage Gradients as Mediators of Cell-Cell Communication: Strategies for Investigating Bioelectrical Signals During Pattern Formation", **Cell and Tissue Research**, in press   *[ cover ]*

45. Levin, M., and Stevenson, C., (2012), "Regulation of Cell Behavior and Tissue Patterning by Bioelectrical Signals: challenges and opportunities for biomedical engineering", **Annual Reviews in Biomedical Engineering,** 14: 295-323

46. Lobo, D., Beane, W., and Levin, M., (2012), "Modeling planarian regeneration: a primer for reverse-engineering the worm", **PLoS Computational Biology**, 8(4): e1002481. *[ cover ]*

47. Levin, M., (2012), "Morphogenetic fields in embryogenesis, regeneration, and cancer: non-local control of complex patterning", **BioSystems**, 109: 243-261
        *[ most downloaded article ]*

48. Pai, V., and Levin, M., (2012), "Bioelectric Controls of Stem Cell Function", in Stem Cells, edited by F. Calegari and C. Waskow, CRC Press

49. Tseng, A-S., and Levin, M., (2012), "Cracking the bioelectric code: probing endogenous ionic controls of pattern formation", **Communicative and Integrative Biology**, in press

**Appendix 2: List of Expert Testimony of Michael Levin, Ph.D**

The following is a list of the cases wherein I testified as an expert witness at trial, hearing or by deposition.

Case:

Law firm: Robinson, Calcagnie, Robinson (Zoloft MDL)
State: New York
Deposition: 11/11/13
Trial: N/A
Case resolution: Pending

Law firm: Robinson, Calcagnie, Robinson (Zoloft MDL)
State: Philadelphia
Testified Daubert Hearing: 4/10/14
Case Resolution: Pending

Law firm: Robinson, Calcagnie, Robinson (Celexa Lexapro CA State Court)
State: Massachusetts
Deposition: 2/05/15
Trial: N/A
Case resolution: Pending

**Appendix 3: References List of Michael Levin, Ph.D**
**I incorporate by reference my Reference List attendant to my 7/15/14 Zoloft expert report**

1.   Levin, M., et al., *A molecular pathway determining left-right asymmetry in chick embryogenesis.* Cell, 1995. **82**(5): p. 803-14.

2.   Yavarone, M.S., et al., *Serotonin uptake in the ectoplacental cone and placenta of the mouse.* Placenta, 1993. **14**(2): p. 149-61.

3.   Shuey, D.L., et al., *Serotonin and morphogenesis. Transient expression of serotonin uptake and binding protein during craniofacial morphogenesis in the mouse.* Anatomy & Embryology, 1993. **187**(1): p. 75-85.

4.   Shuey, D.L., T.W. Sadler, and J.M. Lauder, *Serotonin as a regulator of craniofacial morphogenesis: site specific malformations following exposure to serotonin uptake inhibitors.* Teratology, 1992. **46**(4): p. 367-78.

5.   Shuey, D.L., et al., *Serotonin and morphogenesis in the cultured mouse embryo.* Advances in Experimental Medicine & Biology, 1990. **265**: p. 205-15.

6.   Choi, D.S., et al., *Mouse 5-HT2B receptor-mediated serotonin trophic functions.* Ann N Y Acad Sci, 1998. **861**: p. 67-73.

7.   Choi, D.S., et al., *5-HT2B receptor-mediated serotonin morphogenetic functions in mouse cranial neural crest and myocardiac cells.* Development, 1997. **124**(9): p. 1745-55.

8.   Launay, J.M., et al., *Ras involvement in signal transduction by the serotonin 5-HT2B receptor.* J Biol Chem, 1996. **271**(6): p. 3141-7.

9.   Choi, D.S. and L. Maroteaux, *Immunohistochemical localisation of the serotonin 5-HT2B receptor in mouse gut, cardiovascular system, and brain.* FEBS Lett, 1996. **391**(1-2): p. 45-51.

10.  Choi, D.S., et al., *The mouse 5-HT2B receptor: possible involvement in trophic functions of serotonin.* Cell Mol Biol (Noisy-le-grand), 1994. **40**(3): p. 403-11.

11.  Choi, D.S., et al., *The human serotonin 5-HT2B receptor: pharmacological link between 5-HT2 and 5-HT1D receptors.* FEBS Lett, 1994. **352**(3): p. 393-9.

12.  Fukumoto, T., I.P. Kema, and M. Levin, *Serotonin signaling is a very early step in patterning of the left-right axis in chick and frog embryos.* Curr Biol, 2005. **15**(9): p. 794-803.

13.  Walther, D.J. and M. Bader, *Serotonin synthesis in murine embryonic stem cells.* Brain research. Molecular brain research, 1999. **68**(1-2): p. 55-63.

14.  Buznikov, G.A. and Y.B. Shmukler, *Possible role of "prenervous" neurotransmitters in cellular interactions of early embryogenesis: a hypothesis.* Neurochem Res, 1981. **6**(1): p. 55-68.

15.  Buznikov, G.A., H.W. Lambert, and J.M. Lauder, *Serotonin and serotonin-like substances as regulators of early embryogenesis and morphogenesis.* Cell & Tissue Research, 2001. **305**(2): p. 177-86.

16.  Levin, M., G.A. Buznikov, and J.M. Lauder, *Of minds and embryos: left-right asymmetry and the serotonergic controls of pre-neural morphogenesis.* Dev Neurosci, 2006. **28**(3): p. 171-85.

17.  Noda, M., et al., *Multiple signal transduction pathways mediated by 5-HT receptors.* Molecular neurobiology, 2004. **29**(1): p. 31-9.

18.     Wolszon, L.R., et al., *Growth cone "collapse" in vivo: are inhibitory interactions mediated by gap junctions?* J Neurosci, 1994. **14**(3 Pt 1): p. 999-1010.

19.     Blomstrand, F., et al., *Extent of intercellular calcium wave propagation is related to gap junction permeability and level of connexin-43 expression in astrocytes in primary cultures from four brain regions.* Neuroscience, 1999. **92**(1): p. 255-65.

20.     Zhang, Y. and M. Levin, *Particle tracking model of electrophoretic morphogen movement reveals stochastic dynamics of embryonic gradient.* Dev Dyn, 2009. **238**(8): p. 1923-35.

21.     Esser, A.T., et al., *Mathematical model of morphogen electrophoresis through gap junctions.* Dev Dyn, 2006. **235**(8): p. 2144-59.

22.     Carneiro, K., et al., *Histone deacetylase activity is necessary for left-right patterning during vertebrate development.* BMC Dev Biol, 2011. **11**(1): p. 29.

23.     Cornea-Hebert, V., et al., *Cellular and subcellular distribution of the serotonin 5-HT2A receptor in the central nervous system of adult rat.* J Comp Neurol, 1999. **409**(2): p. 187-209.

24.     Hummerich, R. and P. Schloss, *Serotonin--more than a neurotransmitter: transglutaminase-mediated serotonylation of C6 glioma cells and fibronectin.* Neurochem Int, 2010. **57**(1): p. 67-75.

25.     Watts, S.W., J.R. Priestley, and J.M. Thompson, *Serotonylation of vascular proteins important to contraction.* PLoS One, 2009. **4**(5): p. e5682.

26.     Paulmann, N., et al., *Intracellular serotonin modulates insulin secretion from pancreatic beta-cells by protein serotonylation.* PLoS Biol, 2009. **7**(10): p. e1000229.

27.     Walther, D.J., et al., *Serotonylation of small GTPases is a signal transduction pathway that triggers platelet alpha-granule release.* Cell, 2003. **115**(7): p. 851-62.

28.     Adams, S.V. and L.J. DeFelice, *Flux coupling in the human serotonin transporter.* Biophys J, 2002. **83**(6): p. 3268-82.

29.     Hilber, B., et al., *Serotonin-transporter mediated efflux: a pharmacological analysis of amphetamines and non-amphetamines.* Neuropharmacology, 2005. **49**(6): p. 811-9.

30.     Tecott, L., S. Shtrom, and D. Julius, *Expression of a serotonin-gated ion channel in embryonic neural and nonneural tissues.* Mol Cell Neurosci, 1995. **6**(1): p. 43-55.

31.     Lauder, J.M., et al., *Expression of 5-HT(2A), 5-HT(2B) and 5-HT(2C) receptors in the mouse embryo.* International Journal of Developmental Neuroscience, 2000. **18**(7): p. 653-62.

32.     Lauder, J.M. and E.F. Zimmerman, *Sites of serotonin uptake in epithelia of the developing mouse palate, oral cavity, and face: possible role in morphogenesis.* Journal of Craniofacial Genetics & Developmental Biology, 1988. **8**(3): p. 265-76.

33.     Lauder, J.M., H. Tamir, and T.W. Sadler, *Serotonin and morphogenesis. I. Sites of serotonin uptake and -binding protein immunoreactivity in the midgestation mouse embryo.* Development - Supplement, 1988. **102**(4): p. 709-20.

34.     Vandenberg, L.N. and M. Levin, *Polarity proteins are required for left-right axis orientation and twin-twin instruction.* Genesis, 2012. **50**(3): p. 219-34.

35.     Vandenberg, L.N., J.M. Lemire, and M. Levin, *Serotonin has early, cilia-independent roles in Xenopus left-right patterning.* Disease models & mechanisms, 2012.

36.     Beyer, T., et al., *Serotonin Signaling Is Required for Wnt-Dependent GRP Specification and Leftward Flow in Xenopus.* Current biology : CB, 2012. **22**(1): p. 33-9.

37.     Adams, D.S., et al., *Early, H+-V-ATPase-dependent proton flux is necessary for consistent left-right patterning of non-mammalian vertebrates.* Development, 2006. **133**: p. 1657-1671.

38.     Fukumoto, T., R. Blakely, and M. Levin, *Serotonin transporter function is an early step in left-right patterning in chick and frog embryos.* Dev Neurosci, 2005. **27**(6): p. 349-63.

39.     Garic-Stankovic, A., et al., *A ryanodine receptor-dependent Cai2+ asymmetry at Hensen's node mediates avian lateral identity.* Development, 2008.

40.     Lee, S.L., *Serotonin produces both hyperplasia and hypertrophy of bovine pulmonary artery smooth muscle cells in culture.* American Journal of Physiology, 1994. **266**(1 Pt 1): p. L46-52.

41.     Sari, Y. and F.C. Zhou, *Serotonin and its transporter on proliferation of fetal heart cells.* Int J Dev Neurosci, 2003. **21**(8): p. 417-24.

42.     Furrer, K., et al., *Serotonin reverts age-related capillarization and failure of regeneration in the liver through a VEGF-dependent pathway.* Proceedings of the National Academy of Sciences of the United States of America, 2011. **108**(7): p. 2945-50.

43.     Lesurtel, M., et al., *Platelet-derived serotonin mediates liver regeneration.* Science, 2006. **312**(5770): p. 104-7.

44.     Gustafsson, B.I., et al., *Serotonin and fluoxetine modulate bone cell function in vitro.* J Cell Biochem, 2006. **98**(1): p. 139-51.

45.     Deraet, M., et al., *The natural mutation encoding a C terminus-truncated 5-hydroxytryptamine 2B receptor is a gain of proliferative functions.* Mol Pharmacol, 2005. **67**(4): p. 983-91.

46.     Moiseiwitsch, J.R. and J.M. Lauder, *Serotonin regulates mouse cranial neural crest migration.* Proceedings of the National Academy of Sciences of the United States of America, 1995. **92**(16): p. 7182-6.

47.     Lobikin, M., et al., *Resting potential, oncogene-induced tumorigenesis, and metastasis: the bioelectric basis of cancer in vivo.* Physical Biology, 2012. **9**(6): p. 065002.

48.     Blackiston, D., et al., *Transmembrane potential of GlyCl-expressing instructor cells induces a neoplastic-like conversion of melanocytes via a serotonergic pathway.* Dis Model Mech, 2011. **4**(1): p. 67-85.

49.     Colas, J.F., et al., *Serotonin synchronises convergent extension of ectoderm with morphogenetic gastrulation movements in Drosophila.* Mech Dev, 1999. **87**(1-2): p. 77-91.

50.     Schaerlinger, B., et al., *Gain of affinity point mutation in the serotonin receptor gene 5-HT2Dro accelerates germband extension movements during Drosophila gastrulation.* Developmental dynamics : an official publication of the American Association of Anatomists, 2007. **236**(4): p. 991-9.

51.     Colas, J., J. Launay, and L. Maroteaux, *Maternal and zygotic control of serotonin biosynthesis are both necessary for Drosophila germband extension.* Mechanisms of Development, 1999. **87**: p. 67-76.

52.     Cote, F., et al., *Maternal serotonin is crucial for murine embryonic development.* Proc Natl Acad Sci U S A, 2007. **104**(1): p. 329-334.

53.     Zhang, Y., J.L. Benton, and B.S. Beltz, *5-HT receptors mediate lineage-dependent effects of serotonin on adult neurogenesis in Procambarus clarkii.* Neural development, 2011. **6**: p. 2.

54.    Nebigil, C.G., et al., *Serotonin 2B receptor is required for heart development.* Proc Natl Acad Sci U S A, 2000. **97**(17): p. 9508-13.

55.    De Lucchini, S., et al., *5-HT2B-mediated serotonin signaling is required for eye morphogenesis in Xenopus.* Mol Cell Neurosci, 2005. **29**(2): p. 299-312.

56.    Moiseiwitsch, J.R. and J.M. Lauder, *Regulation of gene expression in cultured embryonic mouse mandibular mesenchyme by serotonin antagonists.* Anatomy & Embryology, 1997. **195**(1): p. 71-8.

57.    Bhasin, N., A.S. LaMantia, and J.M. Lauder, *Opposing regulation of cell proliferation by retinoic acid and the serotonin(2B) receptor in the mouse frontonasal mass.* Anat Embryol (Berl), 2004. **208**(2): p. 135-43.

58.    Kretsovali, A., C. Hadjimichael, and N. Charmpilas, *Histone deacetylase inhibitors in cell pluripotency, differentiation, and reprogramming.* Stem cells international, 2012. **2012**: p. 184154.

59.    Menegola, E., et al., *Inhibition of histone deacetylase as a new mechanism of teratogenesis.* Birth defects research. Part C, Embryo today : reviews, 2006. **78**(4): p. 345-53.

60.    Tresguerres, M., L.R. Levin, and J. Buck, *Intracellular cAMP signaling by soluble adenylyl cyclase.* Kidney international, 2011. **79**(12): p. 1277-88.

61.    Neville, A., *Animal Asymmetry* 1976, London: Edward Arnold.

62.    Levin, M. and A.R. Palmer, *Left-right patterning from the inside out: widespread evidence for intracellular control.* Bioessays, 2007. **29**(3): p. 271-87.

63.    Vandenberg, L.N. and M. Levin, *A unified model for left-right asymmetry? Comparison and synthesis of molecular models of embryonic laterality.* Developmental biology, 2013. **379**: p. 1-15.

64.    Kato, Y., *The multiple roles of Notch signaling during left-right patterning.* Cellular and molecular life sciences : CMLS, 2011. **68**(15): p. 2555-67.

65.    Blum, M., et al., *Xenopus, an ideal model system to study vertebrate left-right asymmetry.* Dev Dyn, 2009. **238**(6): p. 1215-1225.

66.    Lobikin, M., et al., *Early, nonciliary role for microtubule proteins in left-right patterning is conserved across kingdoms.* Proceedings of the National Academy of Sciences of the United States of America, 2012. **109**(31): p. 12586-91.

67.    Cohen, M.S., et al., *Controversies, genetics, diagnostic assessment, and outcomes relating to the heterotaxy syndrome.* Cardiol Young, 2007. **17 Suppl 2**: p. 29-43.

68.    Casey, B. and B.P. Hackett, *Left-right axis malformations in man and mouse.* Current Opinion in Genetics & Development, 2000. **10**(3): p. 257-61.

69.    Hackett, B.P., *Formation and malformation of the vertebrate left-right axis.* Curr Mol Med, 2002. **2**(1): p. 39-66.

70.    Peeters, H. and K. Devriendt, *Human laterality disorders.* Eur J Med Genet, 2006. **49**(5): p. 349-62.

71.    Speder, P., et al., *Strategies to establish left/right asymmetry in vertebrates and invertebrates.* Curr Opin Genet Dev, 2007. **17**(4): p. 351-8.

72.    Vandenberg, L.N. and M. Levin, *Far from solved: A perspective on what we know about early mechanisms of left-right asymmetry.* Dev Dyn, 2010. **239**(12): p. 3131-46.

73.    Vandenberg, L.N. and M. Levin, *Perspectives and open problems in the early phases of left-right patterning.* Semin Cell Dev Biol, 2009. **20**(4): p. 456-63.

74.    Aw, S. and M. Levin, *What's left in asymmetry?* Dev Dyn, 2008. **237**(12): p. 3453-3463.

4

75.     Vandenberg, L.N., et al., *Rab GTPases are required for early orientation of the left-right axis in Xenopus.* Mechanisms of development, 2013. **130**: p. 254-271.

76.     Morokuma, J., D. Blackiston, and M. Levin, *KCNQ1 and KCNE1 K+ channel components are involved in early left-right patterning in Xenopus laevis embryos.* Cell Physiol Biochem, 2008. **21**(5-6): p. 357-72.

77.     Aw, S., et al., *H,K-ATPase protein localization and Kir4.1 function reveal concordance of three axes during early determination of left-right asymmetry.* Mech Dev, 2008. **125**: p. 353-372.

78.     Levin, M., et al., *Asymmetries in H+/K+-ATPase and cell membrane potentials comprise a very early step in left-right patterning.* Cell, 2002. **111**(1): p. 77-89.

79.     Qiu, D., et al., *Localization and loss-of-function implicates ciliary proteins in early, cytoplasmic roles in left-right asymmetry.* Dev Dyn, 2005. **234**(1): p. 176-89.

80.     Kobayashi, T., K. Washiyama, and K. Ikeda, *Inhibition of G protein-activated inwardly rectifying K+ channels by different classes of antidepressants.* PLoS One, 2011. **6**(12): p. e28208.

81.     Levin, M. and M. Mercola, *Gap junction-mediated transfer of left-right patterning signals in the early chick blastoderm is upstream of Shh asymmetry in the node.* Development, 1999. **126**: p. 4703-4714.

82.     Levin, M. and M. Mercola, *Gap junctions are involved in the early generation of left-right asymmetry.* Dev Biol, 1998. **203**(1): p. 90-105.

83.     Basu, B. and M. Brueckner, *Cilia: multifunctional organelles at the center of vertebrate left-right asymmetry.* Curr Top Dev Biol, 2008. **85**: p. 151-74.

84.     Hashimoto, M. and H. Hamada, *Translation of anterior-posterior polarity into left-right polarity in the mouse embryo.* Curr Opin Genet Dev, 2010.

85.     McGrath, J., et al., *Two populations of node monocilia initiate left-right asymmetry in the mouse.* Cell, 2003. **114**(1): p. 61-73.

86.     Pennekamp, P., et al., *The Ion Channel Polycystin-2 Is Required for Left-Right Axis Determination in Mice.* Current Biology, 2002. **12**(11): p. 938-943.

87.     Norris, D.P., *Cilia, calcium and the basis of left-right asymmetry.* BMC Biol, 2012. **10**: p. 102.

88.     Francescatto, L., et al., *The activation of membrane targeted CaMK-II in the zebrafish Kupffer's vesicle is required for left-right asymmetry.* Development, 2010.

89.     Kreiling, J.A., et al., *Suppression of the endoplasmic reticulum calcium pump during zebrafish gastrulation affects left-right asymmetry of the heart and brain.* Mech Dev, 2008. **125**(5-6): p. 396-410.

90.     Schneider, I., et al., *Calcium fluxes in dorsal forerunner cells antagonize {beta}-catenin and alter left-right patterning.* Development, 2007.

91.     Hirokawa, N., et al., *Nodal flow and the generation of left-right asymmetry.* Cell, 2006. **125**(1): p. 33-45.

92.     Konig, P., et al., *Serotonin increases cilia-driven particle transport via an acetylcholine-independent pathway in the mouse trachea.* PLoS One, 2009. **4**(3): p. e4938.

93.     Uhler, G.C., et al., *Cilia-driven rotational behavior in gastropod (Physa elliptica) embryos induced by serotonin and putative serotonin reuptake inhibitors (SSRIs).* J Exp Zool, 2000. **286**(4): p. 414-21.

94.     Rodriguez, N. and F.L. Renaud, *On the possible role of serotonin in the regulation of regeneration of cilia.* J Cell Biol, 1980. **85**(2): p. 242-7.

5

95. Chien, J.M., et al., *The mechanism of sertraline-induced [Ca2+]i rise in human OC2 oral cancer cells.* Human & experimental toxicology, 2011. **30**(10): p. 1635-43.

96. Huang, C.J., et al., *Effect of the antidepressant sertraline on Ca2+ fluxes in Madin-Darby canine renal tubular cells.* Journal of receptor and signal transduction research, 2009. **29**(6): p. 342-8.

97. Kalyoncu, N.I., R. Ozyavuz, and S. Karaoglu, *Sertraline inhibits the contractile responses to noradrenaline, KCl and electrical field stimulation of rat isolated vas deferens.* Journal of autonomic pharmacology, 1999. **19**(6): p. 365-9.

98. Scutt, D. and J.T. Manning, *Symmetry and ovulation in women.* Hum Reprod, 1996. **11**(11): p. 2477-80.

99. Wilting, J. and M. Hagedorn, *Left-right asymmetry in embryonic development and breast cancer: common molecular determinants?* Current medicinal chemistry, 2011. **18**(36): p. 5519-27.

100. Fukumoto, T., et al., *Serotonin is a novel very early signaling mechanism in left-right asymmetry.* Developmental Biology, 2003. **259**: p. 490.

101. Aw, S., et al., *The ATP-sensitive K(+)-channel (K(ATP)) controls early left-right patterning in Xenopus and chick embryos.* Dev Biol, 2010. **346**: p. 39-53.

102. Cheung, M., et al., *The transcriptional control of trunk neural crest induction, survival, and delamination.* Developmental cell, 2005. **8**(2): p. 179-92.

103. Zhu, L., et al., *Spatiotemporal regulation of endothelin receptor-B by SOX10 in neural crest-derived enteric neuron precursors.* Nature genetics, 2004. **36**(7): p. 732-7.

104. Morokuma, J., et al., *Modulation of potassium channel function confers a hyperproliferative invasive phenotype on embryonic stem cells.* Proc Natl Acad Sci U S A, 2008. **105**(43): p. 16608-13.

105. Tseng, A. and M. Levin, *Cracking the bioelectric code: Probing endogenous ionic controls of pattern formation.* Communicative & Integrative Biology, 2013. **6**(1): p. 1-8.

106. Tseng, A.S. and M. Levin, *Transducing bioelectric signals into epigenetic pathways during tadpole tail regeneration.* Anatomical record, 2012. **295**(10): p. 1541-51.

107. Levin, M. and C.G. Stevenson, *Regulation of cell behavior and tissue patterning by bioelectrical signals: challenges and opportunities for biomedical engineering.* Annu Rev Biomed Eng, 2012. **14**: p. 295-323.

108. McCaig, C.D., B. Song, and A.M. Rajnicek, *Electrical dimensions in cell science.* J Cell Sci, 2009. **122**(Pt 23): p. 4267-76.

109. Forrester, J.V., et al., *The spark of life: the role of electric fields in regulating cell behaviour using the eye as a model system.* Ophthalmic Res, 2007. **39**(1): p. 4-16.

110. Lange, C., et al., *The H(+) vacuolar ATPase maintains neural stem cells in the developing mouse cortex.* Stem cells and development, 2011. **20**(5): p. 843-50.

111. Pineda, R.H., et al., *Knockdown of Nav1.6a Na+ channels affects zebrafish motoneuron development.* Development, 2006. **133**(19): p. 3827-36.

112. Cancedda, L., et al., *Excitatory GABA action is essential for morphological maturation of cortical neurons in vivo.* J Neurosci, 2007. **27**(19): p. 5224-35.

113. Wang, D.D., A.R. Kriegstein, and Y. Ben-Ari, *GABA regulates stem cell proliferation before nervous system formation.* Epilepsy Curr, 2008. **8**(5): p. 137-9.

114. Katz, L.C. and C.J. Shatz, *Synaptic activity and the construction of cortical circuits.* Science, 1996. **274**(5290): p. 1133-8.

115. Khazipov, R. and H.J. Luhmann, *Early patterns of electrical activity in the developing cerebral cortex of humans and rodents.* Trends Neurosci, 2006. **29**(7): p. 414-8.

116. Akerman, C.J. and H.T. Cline, *Depolarizing GABAergic conductances regulate the balance of excitation to inhibition in the developing retinotectal circuit in vivo.* J Neurosci, 2006. **26**(19): p. 5117-30.

117. Borgens, R.B., *Are limb development and limb regeneration both initiated by an integumentary wounding? A hypothesis.* Differentiation, 1984. **28**(2): p. 87-93.

118. Altizer, A., et al., *Endogenous electric current is associated with normal development of the vertebrate limb.* Developmental Dynamics, 2001. **221**: p. 391-401.

119. Nuccitelli, R., *A role for endogenous electric fields in wound healing.* Curr Top Dev Biol, 2003. **58**: p. 1-26.

120. Nuccitelli, R., K. Robinson, and L. Jaffe, *On electrical currents in development.* Bioessays, 1986. **5**(6): p. 292-294.

121. Jaffe, L.F. and J.W. Vanable, Jr., *Electric fields and wound healing.* Clin Dermatol, 1984. **2**(3): p. 34-44.

122. McCaig, C.D., et al., *Has electrical growth cone guidance found its potential?* Trends Neurosci, 2002. **25**(7): p. 354-9.

123. McCaig, C.D., et al., *Controlling cell behavior electrically: current views and future potential.* Physiol Rev, 2005. **85**(3): p. 943-78.

124. Levin, M., *Molecular bioelectricity in developmental biology: new tools and recent discoveries: control of cell behavior and pattern formation by transmembrane potential gradients.* BioEssays, 2012. **34**(3): p. 205-17.

125. Levin, M., *Large-scale biophysics: ion flows and regeneration.* Trends in Cell Biology, 2007. **17**(6): p. 262-271.

126. Witchel, H.J., et al., *Inhibitory actions of the selective serotonin re-uptake inhibitor citalopram on HERG and ventricular L-type calcium currents.* FEBS Lett, 2002. **512**(1-3): p. 59-66.

127. Aldana, B.I. and M. Sitges, *Sertraline inhibits pre-synaptic Na(+) channel-mediated responses in hippocampus-isolated nerve endings.* Journal of neurochemistry, 2012. **121**(2): p. 197-205.

128. Fonseca-Magalhaes, P.A., et al., *Inhibitory effects of sertraline in rat isolated perfused kidneys and in isolated ring preparations of rat arteries.* The Journal of pharmacy and pharmacology, 2011. **63**(9): p. 1186-94.

129. Wang, G.K., J. Mitchell, and S.Y. Wang, *Block of persistent late Na+ currents by antidepressant sertraline and paroxetine.* The Journal of membrane biology, 2008. **222**(2): p. 79-90.

130. Huang, C.J., et al., *Characterization of voltage-gated sodium-channel blockers by electrical stimulation and fluorescence detection of membrane potential.* Nat Biotechnol, 2006. **24**(4): p. 439-46.

131. Feuerbach, D., et al., *Coupling of human nicotinic acetylcholine receptors alpha 7 to calcium channels in GH3 cells.* Neuropharmacology, 2005. **48**(2): p. 215-27.

132. Maertens, C., et al., *Block of volume-regulated anion channels by selective serotonin reuptake inhibitors.* Naunyn Schmiedebergs Arch Pharmacol, 2002. **366**(2): p. 158-65.

133. Fryer, J.D. and R.J. Lukas, *Antidepressants noncompetitively inhibit nicotinic acetylcholine receptor function.* J Neurochem, 1999. **72**(3): p. 1117-24.

7

134. Masotti, A., et al., *Keppen-Lubinsky Syndrome Is Caused by Mutations in the Inwardly Rectifying K(+) Channel Encoded by KCNJ6.* American journal of human genetics, 2015. **96**(2): p. 295-300.

135. Kortum, F., et al., *Mutations in KCNH1 and ATP6V1B2 cause Zimmermann-Laband syndrome.* Nature genetics, 2015.

136. Simons, C., et al., *Mutations in the voltage-gated potassium channel gene KCNH1 cause Temple-Baraitser syndrome and epilepsy.* Nature genetics, 2015. **47**(1): p. 73-7.

137. Hiraki, Y., et al., *Aortic aneurysm and craniosynostosis in a family with Cantu syndrome.* American journal of medical genetics. Part A, 2014. **164A**(1): p. 231-6.

138. Cooper, P.E., et al., *Cantu syndrome resulting from activating mutation in the KCNJ8 gene.* Human mutation, 2014. **35**(7): p. 809-13.

139. Brownstein, C.A., et al., *Mutation of KCNJ8 in a patient with Cantu syndrome with unique vascular abnormalities - support for the role of K(ATP) channels in this condition.* European journal of medical genetics, 2013. **56**(12): p. 678-82.

140. Chong, J.X., et al., *De novo mutations in NALCN cause a syndrome characterized by congenital contractures of the limbs and face, hypotonia, and developmental delay.* American journal of human genetics, 2015. **96**(3): p. 462-73.

141. Uzun, S., S. Gokce, and K. Wagner, *Cystic fibrosis transmembrane conductance regulator gene mutations in infertile males with congenital bilateral absence of the vas deferens.* The Tohoku journal of experimental medicine, 2005. **207**(4): p. 279-85.

142. Wilschanski, M., et al., *Mutations in the cystic fibrosis transmembrane regulator gene and in vivo transepithelial potentials.* American journal of respiratory and critical care medicine, 2006. **174**(7): p. 787-94.

143. Veale, E.L., et al., *Recovery of current through mutated TASK3 potassium channels underlying Birk Barel syndrome.* Molecular pharmacology, 2014. **85**(3): p. 397-407.

144. Barel, O., et al., *Maternally inherited Birk Barel mental retardation dysmorphism syndrome caused by a mutation in the genomically imprinted potassium channel KCNK9.* American journal of human genetics, 2008. **83**(2): p. 193-9.

145. Gloyn, A.L., et al., *Activating mutations in the gene encoding the ATP-sensitive potassium-channel subunit Kir6.2 and permanent neonatal diabetes.* The New England journal of medicine, 2004. **350**(18): p. 1838-49.

146. Lee, M.P., et al., *Targeted disruption of the Kvlqt1 gene causes deafness and gastric hyperplasia in mice.* Journal of Clinical Investigation, 2000. **106**(12): p. 1447-55.

147. Weksberg, R., et al., *Tumor development in the Beckwith-Wiedemann syndrome is associated with a variety of constitutional molecular 11p15 alterations including imprinting defects of KCNQ1OT1.* Hum Mol Genet, 2001. **10**(26): p. 2989-3000.

148. Moore, E.S., et al., *Heterogeneity in Wiedemann-Beckwith syndrome: anthropometric evidence.* American journal of medical genetics, 2000. **90**(4): p. 283-90.

149. Rivas, A. and H.W. Francis, *Inner ear abnormalities in a Kcnq1 (Kvlqt1) knockout mouse: a model of Jervell and Lange-Nielsen syndrome.* Otology & neurotology : official publication of the American Otological Society, American Neurotology Society [and] European Academy of Otology and Neurotology, 2005. **26**(3): p. 415-24.

150. Casimiro, M.C., et al., *Targeted point mutagenesis of mouse Kcnq1: phenotypic analysis of mice with point mutations that cause Romano-Ward syndrome in humans.* Genomics, 2004. **84**(3): p. 555-64.

151.  Chouabe, C., et al., *Properties of KvLQT1 K+ channel mutations in Romano-Ward and Jervell and Lange-Nielsen inherited cardiac arrhythmias.* Embo J, 1997. **16**(17): p. 5472-9.

152.  Bendahhou, S., et al., *Defective potassium channel Kir2.1 trafficking underlies Andersen-Tawil syndrome.* J Biol Chem, 2003. **278**(51): p. 51779-85.

153.  Dahal, G.R., et al., *An inwardly rectifying K+ channel is required for patterning.* Development, 2012. **139**(19): p. 3653-64.

154.  Culiat, C.T., et al., *Deficiency of the beta 3 subunit of the type A gamma-aminobutyric acid receptor causes cleft palate in mice.* Nature genetics, 1995. **11**(3): p. 344-6.

155.  Wee, E.L. and E.F. Zimmerman, *GABA uptake in embryonic palate mesenchymal cells of two mouse strains.* Neurochemical Research, 1985. **10**(12): p. 1673-88.

156.  Homanics, G.E., et al., *Mice devoid of gamma-aminobutyrate type A receptor beta3 subunit have epilepsy, cleft palate, and hypersensitive behavior.* Proceedings of the National Academy of Sciences of the United States of America, 1997. **94**(8): p. 4143-8.

157.  Rock, J.R., C.R. Futtner, and B.D. Harfe, *The transmembrane protein TMEM16A is required for normal development of the murine trachea.* Dev Biol, 2008. **321**(1): p. 141-9.

158.  Rakic, P. and R.L. Sidman, *Sequence of developmental abnormalities leading to granule cell deficit in cerebellar cortex of weaver mutant mice.* The Journal of comparative neurology, 1973. **152**(2): p. 103-32.

159.  Rakic, P. and R.L. Sidman, *Weaver mutant mouse cerebellum: defective neuronal migration secondary to abnormality of Bergmann glia.* Proceedings of the National Academy of Sciences of the United States of America, 1973. **70**(1): p. 240-4.

160.  Hatten, M.E., R.K. Liem, and C.A. Mason, *Weaver mouse cerebellar granule neurons fail to migrate on wild-type astroglial processes in vitro.* The Journal of neuroscience : the official journal of the Society for Neuroscience, 1986. **6**(9): p. 2676-83.

161.  Patil, N., et al., *A potassium channel mutation in weaver mice implicates membrane excitability in granule cell differentiation.* Nature genetics, 1995. **11**(2): p. 126-9.

162.  Teng, G.Q., et al., *Homozygous missense N629D hERG (KCNH2) potassium channel mutation causes developmental defects in the right ventricle and its outflow tract and embryonic lethality.* Circulation research, 2008. **103**(12): p. 1483-91.

163.  Than, B.L., et al., *The role of KCNQ1 in mouse and human gastrointestinal cancers.* Oncogene, 2013.

164.  Tseng, A.S., et al., *Induction of vertebrate regeneration by a transient sodium current.* J Neurosci, 2010. **30**(39): p. 13192-200.

165.  Pai, V.P., et al., *Transmembrane voltage potential controls embryonic eye patterning in Xenopus laevis.* Development, 2012. **139**(2): p. 313-23.

166.  Adams, D.S., A. Masi, and M. Levin, *H+ pump-dependent changes in membrane voltage are an early mechanism necessary and sufficient to induce Xenopus tail regeneration.* Development, 2007. **134**(7): p. 1323-35.

167.  Monteiro, J., et al., *V-ATPase Proton Pumping Activity Is Required for Adult Zebrafish Appendage Regeneration.* PloS one, 2014. **9**(3): p. e92594.

168.  Duboc, V., et al., *Left-right asymmetry in the sea urchin embryo is regulated by nodal signaling on the right side.* Dev Cell, 2005. **9**(1): p. 147-58.

169. Iwashita, M., et al., *Pigment Pattern in jaguar/obelix Zebrafish Is Caused by a Kir7.1 Mutation: Implications for the Regulation of Melanosome Movement.* PLoS Genet, 2006. **2**(11): p. e197.

170. Perathoner, S., et al., *Bioelectric signaling regulates size in zebrafish fins.* PLoS genetics, 2014. **10**(1): p. e1004080.

171. Chopra, S.S., et al., *Voltage-gated sodium channels are required for heart development in zebrafish.* Circulation research, 2010. **106**(8): p. 1342-50.

172. Shu, X., et al., *Na,K-ATPase is essential for embryonic heart development in the zebrafish.* Development, 2003. **130**(25): p. 6165-73.

173. Simons, M., et al., *Electrochemical cues regulate assembly of the Frizzled/Dishevelled complex at the plasma membrane during planar epithelial polarization.* Nat Cell Biol, 2009. **11**(3): p. 286-94.

174. Hermle, T., et al., *Regulation of Frizzled-dependent planar polarity signaling by a V-ATPase subunit.* Curr Biol, 2010. **20**(14): p. 1269-76.

175. Muller, C., et al., *The medaka mutation tintachina sheds light on the evolution of V-ATPase B subunits in vertebrates.* Scientific reports, 2013. **3**: p. 3217.

176. Borthwick, K.J., et al., *A phenocopy of CAII deficiency: a novel genetic explanation for inherited infantile osteopetrosis with distal renal tubular acidosis.* Journal of medical genetics, 2003. **40**(2): p. 115-21.

177. Vandenberg, L.N., J.M. Lemire, and M. Levin, *It's never too early to get it Right: A conserved role for the cytoskeleton in left-right asymmetry.* Communicative & integrative biology, 2013. **6**(6): p. e27155.

178. Fakhro, K.A., et al., *Rare copy number variations in congenital heart disease patients identify unique genes in left-right patterning.* Proceedings of the National Academy of Sciences of the United States of America, 2011. **108**(7): p. 2915-20.

179. Simons, C., et al., *Mutations in the voltage-gated potassium channel gene KCNH1 cause Temple-Baraitser syndrome and epilepsy.* Nat Genet, 2015. **47**(1): p. 73-7.

180. Chong, J.X., et al., *De novo mutations in NALCN cause a syndrome characterized by congenital contractures of the limbs and face, hypotonia, and developmental delay.* Am J Hum Genet, 2015. **96**(3): p. 462-73.

181. Aldana, B.I. and M. Sitges, *Sertraline inhibits pre-synaptic Na(+) channel-mediated responses in hippocampus-isolated nerve endings.* J Neurochem, 2012. **121**(2): p. 197-205.

182. Wang, G.K., J. Mitchell, and S.Y. Wang, *Block of persistent late Na+ currents by antidepressant sertraline and paroxetine.* J Membr Biol, 2008. **222**(2): p. 79-90.

183. Cooper, P.E., et al., *Cantu syndrome resulting from activating mutation in the KCNJ8 gene.* Hum Mutat, 2014. **35**(7): p. 809-13.

184. Hiraki, Y., et al., *Aortic aneurysm and craniosynostosis in a family with Cantu syndrome.* Am J Med Genet A, 2014. **164A**(1): p. 231-6.

185. Aboobaker, A.A., *Planarian stem cells: a simple paradigm for regeneration.* Trends in cell biology, 2011. **21**(5): p. 304-11.

186. Robb, S.M. and A. Sanchez Alvarado, *Histone Modifications and Regeneration in the Planarian Schmidtea mediterranea.* Current topics in developmental biology, 2014. **108**: p. 71-93.

187. Peiris, T.H., K.K. Hoyer, and N.J. Oviedo, *Innate immune system and tissue regeneration in planarians: An area ripe for exploration.* Seminars in immunology, 2014.

188. Kumar, A. and J.P. Brockes, *Nerve dependence in tissue, organ, and appendage regeneration.* Trends in neurosciences, 2012. **35**(11): p. 691-9.

189. Tanaka, E.M. and P.W. Reddien, *The cellular basis for animal regeneration.* Developmental cell, 2011. **21**(1): p. 172-85.

190. Gentile, L., F. Cebria, and K. Bartscherer, *The planarian flatworm: an in vivo model for stem cell biology and nervous system regeneration.* Dis Model Mech, 2011. **4**(1): p. 12-9.

191. Thatcher, E.J. and J.G. Patton, *Small RNAs have a big impact on regeneration.* RNA Biol, 2010. **7**(3): p. 333-8.

192. Shibata, N., L. Rouhana, and K. Agata, *Cellular and molecular dissection of pluripotent adult somatic stem cells in planarians.* Dev Growth Differ, 2010. **52**(1): p. 27-41.

193. Oviedo, N.J. and W.S. Beane, *Regeneration: The origin of cancer or a possible cure?* Semin Cell Dev Biol, 2009. **20**(5): p. 557-64.

194. Nicolas, C., C. Abramson, and M. Levin, *Analysis of behavior in the planarian model*, in *Planaria: A Model for Drug Action and Abuse*, R. Raffa and S. Rawls, Editors. 2008, RG Landes Co: Austin. p. 83-94.

195. Buttarelli, F.R., C. Pellicano, and F.E. Pontieri, *Neuropharmacology and behavior in planarians: translations to mammals.* Comp Biochem Physiol C Toxicol Pharmacol, 2008. **147**(4): p. 399-408.

196. Rawls, S.M., et al., *Nicotine behavioral pharmacology: clues from planarians.* Drug and Alcohol Dependence, 2011. **118**(2-3): p. 274-9.

197. Basu, B., et al., *Serotonin in pre-implantation mouse embryos is localized to the mitochondria and can modulate mitochondrial potential.* Reproduction, 2008. **135**(5): p. 657-69.

198. Emanuelsson, H., M. Carlberg, and B. Lowkvist, *Presence of serotonin in early chick embryos.* Cell Differentiation, 1988. **24**(3): p. 191-9.

199. Colvin, L., et al., *Dispensing patterns and pregnancy outcomes for women dispensed selective serotonin reuptake inhibitors in pregnancy.* Birth Defects Res A Clin Mol Teratol, 2011. **91**(3): p. 142-52.

200. Nikfar, S., et al., *Increasing the risk of spontaneous abortion and major malformations in newborns following use of serotonin reuptake inhibitors during pregnancy: A systematic review and updated meta-analysis.* Daru : journal of Faculty of Pharmacy, Tehran University of Medical Sciences, 2012. **20**(1): p. 75.

201. Tuccori, M., et al., *Safety concerns associated with the use of serotonin reuptake inhibitors and other serotonergic/noradrenergic antidepressants during pregnancy: a review.* Clinical therapeutics, 2009. **31 Pt 1**: p. 1426-53.